1  TRINETTE G. KENT (State Bar No. 222020)
2  Lemberg Law, LLC
3  1100 West Town & Country Road, Suite 1250
   Orange, California 92868
4  Telephone: (480) 247-9644
   Facsimile: (480) 717-4781
5  E-mail: tkent@lemberglaw.com
6
7              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8
   Paul Richard Nunn and Loretta Kay Nunn,  | Case No.:
9  *on behalf of themselves and all others*
   *similarly situated,*                     | **CLASS ACTION COMPLAINT FOR:**
10
                                              | 1. **Fraudulent Concealment**
11             Plaintiffs,                    | 2. **Unjust Enrichment**
                                              | 3. **Breach of Implied Warranty**
12       vs.                                  |    **under Texas Law**
                                              | 4. **Breach of Express Warranty**
13                                            |    **under Texas Law**
   Hyundai Motor America,                     | 5. **Violation of the Texas Deceptive**
14                                            |    **Practices Act, Tex. Bus. & Com.**
               Defendant.                     |    **Code § 17.41,** *et seq.*
15
16
17                                            | **DEMAND FOR JURY TRIAL**
18
19
20
21
22
23
24
25
26
27
28

Case No.                                    CLASS ACTION COMPLAINT

Plaintiffs Paul Richard Nunn and Loretta Kay Nunn ("Plaintiffs") hereby bring this Class Action Complaint against Defendant Hyundai Motor America ("Defendant" or "Hyundai").  Plaintiffs seek relief for themselves and classes of similarly situated Texas consumers as set forth herein because at the time of sale, the Class Vehicles contained defective fuel injectors that cause the vehicles to unexpectedly lose power and their engines to stall while driving, which Hyundai failed to repair within a reasonable period of time.

## INTRODUCTION

1.    Hyundai sold Plaintiffs and class members defective 2021-2022 Hyundai Santa Fe, 2021-2023 Hyundai Sonata, 2022 Hyundai Santa Cruz, and 2021-2023 Hyundai Tucson vehicles, which were all equipped with non-turbocharged 2.5L engines (the "Class Vehicles") that contain defective fuel injectors that cause the vehicles' engines to unexpectedly lose power and stall while driving.

2.    The Class Vehicles are equipped with the same non-turbocharged 2.5L G2.5 GDI + MPI DOHC 16-valve Inline 4-cylinder engine developed by Hyundai, which is a naturally aspirated inline-four gasoline engine that uses eight fuel injectors, two for each cylinder.

Case No.                                                                    CLASS ACTION COMPLAINT

3.      This engine, manufactured at Hyundai's Motor Manufacturing facility in Alabama, is part of the Smartstream family and is designed to improve fuel efficiency and performance through the use of advanced technologies.[1]

4.      However, the Class Vehicles' engines contain one or more defects with their fuel injectors, causing them to leak and the engine to misfire while running ("Fuel Injector Defect" or "Defect"), which results in a sudden loss of engine power, reduced acceleration, or complete stalling of the vehicle, thereby significantly increasing the risk of a crash and posing a serious safety hazard to vehicle occupants and others on the road. Indeed, Class Vehicle owners report that they have experienced repeated occurrences of the Defect, including sudden loss of engine power and stalling while driving – often in active traffic or while driving on the highway – thereby placing themselves, their passengers, and other motorists at significant risk of collision and injury. *See, e.g.*:

- NHTSA Complaint No. 11500216, January 4, 2023 (2022 Hyundai Sonata): "Our 2022 Hyundai Sonata completely shuts down while driving. We purchased the vehicle in May 2022 and since then it has died over 10 times and has almost caused multiple accidents. . . . We no longer drive this vehicle as it is too dangerous and will eventually cause an accident."

- NHTSA Complaint No. 11656192, April 22, 2025 (2022 Hyundai Santa Fe): "Ever since new this suv will periodically hesitate when trying to accelerate. I have almost been rearended numerous times over the last few years do to this issue. I have had the SUV into the dealer and complained about this issue every time and they cannot seem to do anything about the issue. The have update software (or at least said they have) and done other things and it has

---

[1] https://www.hmmausa.com/our-company/about-hmma/ (last visited May 8, 2025); https://www.hyundaimotorgroup.com/tag/1411 (last visited May 8, 2025).

Case No.                                                                    CLASS ACTION COMPLAINT

made NO difference. This issue almost caused a serious accident just this
week when I was trying to merge into traffic on I5."

5.      Hyundai knew about the Defect at the time the vehicles were sold but did
not disclose the Defect to Plaintiffs or class members at the time of sale and
subsequently failed to repair or replace the defective fuel injectors within a reasonable
time. For instance, Plaintiffs' vehicle underwent four separate repair attempts for the
Defect, and other owners repeatedly complain that the Defect persists despite repair
attempts. As a result of the undisclosed Defect, Plaintiffs and class members overpaid
for the vehicles which were worth less money due to the Defect.

6.      Hyundai's sale of the defective Class Vehicles with the concealed Defect
and failure to repair the Defect within a reasonable amount of time constitutes
fraudulent concealment, a violation of the Texas Deceptive Practices Act,
Tex. Bus. & Com. Code § 17.41, *et seq.*, breach of Hyundai's express warranty as
well as the implied warranty of merchantability and gives rise to a claim for unjust
enrichment.  To remedy Hyundai's unlawful conduct, Plaintiffs, on behalf of the
proposed class members, seek damages and restitution from Hyundai.

## **PARTIES**

7.      Plaintiff Paul Richard Nunn ("Mr. Nunn") is an adult individual residing
in Vernon, Texas.

8.      Plaintiff Loretta Kay Nunn ("Mrs. Nunn", and together with Mr. Nunn,
the "Plaintiffs") is an adult individual residing in Vernon, Texas.

9.       Defendant Hyundai Motor America ("Hyundai") is a California corporation with its headquarters and principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708.  Hyundai Motor America designs, manufactures, markets, distributes, services, repairs, sells, and leases passenger vehicles, including the Class Vehicles, nationwide and in Texas.  Hyundai Motor America is the warrantor and distributor of the Class Vehicles in the United States through its network of dealers.  Money received from the purchase of a Hyundai vehicle from a dealer flows from the dealer to Hyundai Motor America.

10.      At all times herein mentioned, Hyundai designed, engineered, developed, manufactured, fabricated, assembled, equipped, tested or failed to test, inspected or failed to inspect, repaired, retrofitted or failed to retrofit, failed to recall, labeled, advertised, promoted, marketed, supplied, distributed, wholesaled, and/or sold the engine for the Class Vehicles, including for the vehicle operated by Plaintiffs. Hyundai also reviews and analyzes warranty data submitted by Hyundai's dealerships and authorized technicians in order to identify defect trends in vehicles.  Upon information and belief, Hyundai dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide Defendant with detailed documentation of the problem and the fix that describes the complaint, cause, and correction, and also save the broken part in the event Defendant decides to audit the

dealership.  Hyundai uses this information to determine whether particular repairs are

covered by an applicable Hyundai warranty or are indicative of a pervasive defect.

11.    Hyundai also developed the marketing materials to which Plaintiffs and

the Class were exposed, owner's manuals, informational brochures, warranty

booklets, and information included in maintenance recommendations and/or schedules

for the Class Vehicles, all of which fail to disclose the Fuel Injector Defect.

## JURISDICTION AND VENUE

12.    This Court has subject matter jurisdiction over this action pursuant to 28

U.S.C. § 1332(d) of the Class Action Fairness Act of 2005 because: (i) there are 100

or more class members, (ii) there is an aggregate amount in controversy exceeding

$5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because

Plaintiffs and Class Members and Hyundai are citizens of different states.

13.    Personal jurisdiction and venue are proper in this District as Defendant is

headquartered in this District.

## PLAINTIFFS' PURCHASE OF THE DEFECTIVE VEHICLE AND EXPERIENCE WITH THE DEFECT

14.    On November 6, 2021, Mr. Nunn and Mrs. Nunn purchased a new 2022

Hyundai Santa Fe, Vehicle Identification Number 5NMS24AJ7NH396078 (hereafter

the "Nunn Vehicle") from Patterson Auto Center, now known as Grubbs Hyundai of

Wichita Falls, in Wichita Falls, Texas, an authorized Hyundai dealership (hereinafter

"Grubbs Hyundai").

Case No.                                                                    CLASS ACTION COMPLAINT

15.     Prior to purchasing the 2022 Hyundai Santa Fe, Plaintiffs spoke with a Grubbs Hyundai sales representative about the vehicle.  Based on Grubbs Hyundai's representations, Plaintiffs were led to believe that the 2022 Hyundai Santa Fe was a safe and reliable vehicle, and such representations induced them to purchase the vehicle.

16.     The Nunn Vehicle sale was accompanied by Hyundai's New Vehicle Limited Warranty.

17.     In its New Vehicle Limited Warranty, Hyundai promised a "[r]epair or replacement of any component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Manufacturing Mexico (KMM) or Kia Motors Manufacturing Georgia (KMMG) that is found to be defective in material or workmanship under normal use and maintenance" during "5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first."

18.     Despite Plaintiffs' pre-sale discussions with the selling dealership about the vehicle, the selling dealership did not disclose at the time of purchase that the 2022 Hyundai Santa Fe contained the Fuel Injector Defect.  Nor did Hyundai disclose to Plaintiffs that the Sante Fe suffered from the Fuel Injector Defect in any written communications or otherwise.  Instead, Hyundai concealed this information from consumers, and Plaintiffs were not aware of, and did not have any reason to anticipate,

CLASS ACTION COMPLAINT

that their vehicle was afflicted by the Fuel Injector Defect when they purchased the vehicle.

19.    Hyundai's omissions were material to the Plaintiffs.  If Hyundai or its authorized dealership had adequately disclosed the existence of the Fuel Injector Defect before Plaintiffs purchased the vehicle, they would have learned of the concealed information and would not have purchased the vehicle had they known the vehicle suffered from the Fuel Injector Defect, or they would have paid substantially less for it.

20.    On August 26, 2023, when the Nunn Vehicle odometer read 30,674 miles, the Plaintiffs' vehicle's engine sputtered and stalled while Mrs. Nunn was driving on the residential street, and Plaintiffs had their vehicle towed to Grubbs Hyundai.  Grubbs Hyundai inspected the vehicle and discovered a code for misfire in cylinder number 1 and that the engine fuel injector for that cylinder was "hung open." The dealership attempted a repair by replacing cylinder number 1 fuel injector. However, the repair attempt did not correct the Defect.

21.    On January 2, 2025, when the Nunn Vehicle odometer read 49,459 miles, Plaintiffs' vehicle's engine stalled once again while Mrs. Nunn was driving, and the check engine light illuminated.  The following day, Plaintiffs had their vehicle towed to Grubbs Hyundai.  Grubbs Hyundai inspected the vehicle and discovered misfire codes for cylinder 1 and cylinder 4 and that engine oil level was low. Grubbs Hyundai

attempted a repair by performing an oil service and cleared fault codes and returned the vehicle on January 6, 2025. However, the repair attempt once again did not correct the Defect.

22.    The next day, January 7, 2025, as Mrs. Nunn was backing out of the driveway, the Nunn Vehicle engine started sputtering again, and the check engine light returned. On January 8, 2025, when the Nunn Vehicle odometer read 49,459 miles, Plaintiffs had their vehicle towed to Grubbs Hyundai again and complained that the vehicle's engine stalled while Mrs. Nunn was driving and the check engine light came on. Grubbs Hyundai inspected the vehicle and discovered the cylinder 4 injector was faulty. The dealership attempted a repair by replacing cylinder 4 and returned the vehicle on January 28, 2025. The repair attempt did not correct the Defect.

23.    On March 28, 2025, as Mrs. Nunn was driving home from work, the vehicle's engine stalled once again. On March 29, 2025, when the Nunn Vehicle odometer read 51,766 miles, Plaintiffs had their vehicle towed to Grubbs Hyundai again and complained that the vehicle's engine stalled. Grubbs Hyundai attempted another repair by replacing all four fuel injectors and returned the vehicle to the Plaintiffs on April 23, 2025.

## FACTUAL ALLEGATIONS CONCERNING PLAINTIFFS AND THE CLASS
### The Fuel Injector Defect

24.    Hyundai has sold tens of thousands of 2021-2023 Class Vehicles across Texas.

Case No.                                                    CLASS ACTION COMPLAINT

25.    The Class Vehicles are equipped with the same naturally aspirated non-turbocharged 2.5L Smartstream G2.5 GDI + MPI DOHC 16-valve Inline 4-cylinder engine developed by Hyundai.[2]

26.    This engine, manufactured at Hyundai's Motor Manufacturing facility in Alabama, is part of the Smartstream family and is designed to improve fuel efficiency and performance through the use of advanced technologies.[3] [4]

27.    The Hyundai Smartstream G2.5 engine is equipped with a total of eight fuel injectors – two per cylinder across its four cylinders.  This dual-injection system combines both Gasoline Direct Injection (GDI) and Multi-Point Injection (MPI) technologies.  The GDI injectors inject fuel directly into the combustion chamber, enhancing power output and fuel efficiency, particularly during high-speed or high-load driving conditions.  The MPI injectors inject fuel into the intake ports, which helps improve fuel-air mixing and reduces carbon buildup on intake valves, and is especially beneficial during low-to-mid-speed driving.[5]

---

[2] https://www.hyundainews.com/assets/documents/original/48345-2022SantaFeProductGuidespesV2092821pptx.pdf (Santa Fe); https://www.hyundainews.com/assets/documents/original/48697-2022SantaCruzProductGuideSpecsv2081521101321djabpptx.pdf (Sanat Cruz); https://www.hyundainews.com/assets/documents/original/49287-2022SonataProductGuidespecsv311822.pdf (Sonata); https://www.hyundainews.com/assets/documents/original/47936-2022TucsonProductGuideSpecs072921.pdf (Tucson) (last visited May 9, 2025).
[3] https://www.hmmausa.com/our-company/about-hmma/ (last visited May 8, 2025).
[4] https://www.hyundaimotorgroup.com/tag/1411 (last visited May 8, 2025).
[5] https://hyundai.com.sg/global-stories/what-is-smartstream-224/ (last visited May 9, 2025).

Case No.                                                                    CLASS ACTION COMPLAINT



Dual Fuel Injection

28.     By utilizing both injection methods, Hyundai aims to optimize engine performance, improve fuel economy, and reduce emissions.

29.     However, the Class Vehicles' engines contain one or more defects with their fuel injectors, such as internal filter breakage in the injector, causing them to leak and the engine to misfire while running, which results in a sudden loss of engine power, reduced acceleration, or complete stalling of the vehicle.  Thus, the Defect significantly increases the risk of a crash and poses a serious safety hazard to vehicle occupants and others on the road.

**Hyundai's Pre-Sale Knowledge of the Defect**

30.     Hyundai knew about, but failed to disclose, the Fuel Injector Defect to Plaintiffs and Class Vehicle owners and lessees at the time of sale and lease.

31.     Hyundai became aware of the Defect through sources not available to Plaintiffs and Class Members, including, but not limited to, pre-production testing, pre-production design failure mode and analysis data, production design failure mode

Case No.                                                                    CLASS ACTION COMPLAINT

and analysis data, early consumer complaints made exclusively to Hyundai's network of dealers and directly to Hyundai, aggregate warranty data compiled from Hyundai's network of dealers, testing conducted by Hyundai in response to consumer complaints, and repair order and parts data received by Hyundai from Hyundai's network of dealers.  Owners report that the Defect begins manifesting very shortly after they take ownership of the vehicles – often after only driving the vehicles a few hundred miles – thus Hyundai certainly discovered the Defect while performing testing on the vehicle.

32.    During the pre-release process of manufacturing, engineering, and performing durability testing on the Class Vehicles' non-turbocharged 2.5L Smartstream G2.5 engines, which occurred before Hyundai began selling the Class Vehicles in 2020, Hyundai learned that the Class Vehicles' common non-turbocharged 2.5L Smartstream G2.5 engines suffer from the Fuel Injector Defect.

33.    Hyundai also learned about the Fuel Injector Defect via early reports about the Class Vehicles experiencing the Fuel Injector Defect from Hyundai dealerships shortly after it began selling the Class Vehicles, as well as from Hyundai employees whose company vehicles experienced the Defect.  These reports occurred when dealerships contacted Hyundai with inquiries concerning warranty coverage and with technical questions regarding the Class Vehicles' fuel injectors.

12

34.    In October 2022, Hyundai issued Technical Service Bulletin ("TSB") 22-FL-002H titled "MISFIRE DTC (P030X) – INTERNAL GDI INJECTOR LEAK REPAIR" concerning the Defect.  The bulletin acknowledged that 21-22MY Sonata, Santa Fe, and 22MY Santa Cruz and Tucson Class vehicles equipped with 2.5L GDI engines suffered from the Defect, i.e., the vehicles experienced "misfires . . . due to internally leaking GDI injector(s)." The bulletin instructed Hyundai dealerships to replace any affected fuel injector with one bearing a part number 35310-2S000QQH. However, this repair attempt did not correct the Defect as reflected in Plaintiffs' own experience and those of class members set forth in the NHTSA complaints below.

35.    The 22-FL-002H bulletin did not appear out of thin air.  Instead, it was the culmination of a lengthy process wherein Hyundai employees received and reviewed repeated complaints about the Defect, communicated with one another about the severity and extent of the Defect, performed an investigation concerning the Defect, developed a repair attempt for the Defect, prepared multiple draft bulletins, and then eventually released the bulletin to its dealerships.  Thus, although Hyundai did not issue the bulletin until October 2022, the bulletin establishes that Hyundai learned about the Defect at least a year earlier through, inter alia, a combination of testing, complaints from owners, and reports from the field, and then spent a significant amount of time developing a proposed repair attempt and preparing the bulletin before it was issued to dealerships.

Case No.                                                    CLASS ACTION COMPLAINT

36.     Given that it takes Hyundai at least a year to gather relevant data, compile relevant consumer complaints and investigate such fuel injector failure complaints, and then prepare and release the above TSB 22-FL-002H to its authorized dealerships, the October 2022 "MISFIRE DTC (P030X) – INTERNAL GDI INJECTOR LEAK REPAIR" bulletin establishes Hyundai had knowledge of the Fuel Injector Defect in the Class Vehicles prior to selling the Class Vehicles to Plaintiffs.

37.     In March 2023, Hyundai issued another bulletin, TSB 23-FL-002H, in which it updated the previously issued TSB 22-FL-002H by expanding the range of vehicles afflicted by the Fuel Injector Defect.  In its updated bulletin, Hyundai continued to instruct dealerships to replace any affected fuel injector with one bearing the part number 35310-2S000QQH.

38.     In June 2023, Hyundai updated TSB 23-FL-002H and issued TSB 23-FL-002H-1 in which it once again further expanded the range of vehicles afflicted by the Fuel Injector Defect.  Hyundai's diagnosis and repair instructions for the fuel injector defect remained the same: replace affected injector with one bearing the part number 35310-2S000QQH.

39.     In January 2025 – more than two years after issuing its initial bulletin concerning the Defect – Hyundai issued TSB 25-FL-001H, which superseded TSB 23-FL-002H-1.  In this updated bulletin, Hyundai instructed its dealerships to replace all four fuel injectors in the Class Vehicles, even if only one injector had failed.

Case No.                                                                    CLASS ACTION COMPLAINT

However, the proposed repair attempt continued to use the same part – fuel injector number 35310-2S000QQH – that Hyundai had been directing dealerships to install for over two years.

40.     As such, other than offering to attempt to repair the Defect by replacing the aforementioned defective fuel injectors with the same defective parts, Hyundai offered the Class Vehicles' owners and lessees no repair for the Fuel Injector Defect.

41.     The Fuel Injector Defect substantially impaired the Class Vehicles' value and safety.  When the Defect manifests, it results in a sudden and unpredictable loss of engine power, reduced acceleration, or even complete engine stalling while the vehicle is in motion.  This poses a serious safety risk by increasing the likelihood of a crash, particularly in high-speed traffic, during lane changes, or while merging or turning, as drivers face increased likelihood of being unable to maintain control or respond adequately to driving conditions.

42.     Further, the vehicles were worth less money at the time of sale and thereafter because they suffer from an unacceptably high risk of their engines stalling while driving, thereby significantly increasing the risk of a crash.

**Consumer and NHTSA Complaints about the Defect**

43.     Hyundai also learned about the Fuel Injector Defect because numerous consumer complaints about the Defect were made directly to Hyundai and its dealerships since 2020. The large number of complaints, and the consistency of their

descriptions, alert Hyundai to this serious Defect affecting the Class Vehicles.  The full universe of complaints made directly to Hyundai about the Fuel Injector Defect is information presently in the exclusive custody and control of Hyundai and is not yet available to Plaintiffs prior to discovery.  However, many Class Vehicle owners complained directly to Hyundai and Hyundai dealerships and service centers about the engine failures their vehicles experienced

44.    Upon information and belief, thousands of purchasers and lessees of the Class Vehicles have experienced the Fuel Injector Defect.

45.    For instance, on Reddit.com, a 2022 Hyundai Tucson owner posted in May 2023, expressing his frustration that fuel injectors had failed in his car, and the dealership had been unable to undertake a repair due to parts being on backorder.[6] Seven other Class Vehicle owners commented having experienced the fuel injectors failure in their cars too.  In another May 2023 Reddit post, a 2023 Hyundai Tucson owner complained about having to undergo repairs for "blown fuel injectors" twice – at 600 miles and yet again just one week later – in response to whom another 2022 Hyundai Tucson said he "has had all four [fuel injectors] replaced ... thrice!"[7] [8]

---

[6] https://www.reddit.com/r/Hyundai/comments/106nmcg/know_issue_with_tucson_fuel_injectors/?rdt=50056 (last visited May 9, 2025)

[7] https://www.reddit.com/r/Hyundai/comments/14l6qgg/2023_tucson_limited_2nd_time_blowing_fuel/ (last visited May 9, 2025).

[8] *See also* https://www.reddit.com/r/HyundaiTucson/comments/189ktml/hyundai_2022_tucson/ (last visited May 9, 20205).

Case No.                                                                          CLASS ACTION COMPLAINT

Likewise, the Hyundai Tucson vehicle owners voiced their frustrations about fuel injectors failing in their cars on Facebook, with other owners chiming in sharing the same experiences.[9] [10]

46.    Similarly, on the Santacruzforums.com, a Hyundai Santa Cruz enthusiast website, numerous 2022 Santa Cruz vehicle owners expressed their frustration in October 2023 about the fuel injectors failing in the 2.5L non-turbocharged engines, with one owner advocating for Hyundai to recall such engines to repair the defective fuel injectors.[11]

47.    Likewise, both Sonata[12] and Santa Fe[13] Class Vehicles owners voiced their discontent with fuel injectors failing in their cars and inability to obtain repairs due to parts being on backorder.

48.    Further, the owners of the Class Vehicles voiced their complaints concerning the Fuel Injector Defect with NHTSA.  Upon information and belief, Hyundai actively monitored these complaints during the relevant time period,

---

[9] https://www.facebook.com/groups/362277222647880/permalink/625192643023002/ (last visited May 9, 2025)

[10] https://www.facebook.com/groups/1019575915187359/posts/2089176514893955/

[11] https://www.santacruzforums.com/threads/hyundai-needs-to-recall-injectors-on-2-5-non-turbo-motors.13930/ (last visited May 9, 2023).

[12] https://www.reddit.com/r/Hyundai/comments/z40dsv/fuel_injectors_messed_up_will_warranty_cover_it/; https://www.reddit.com/r/Hyundai/comments/109r55c/is_my_sonata_a_possible_lemon/; https://www.reddit.com/r/Hyundai/comments/118oz3r/2023_hyundai_sonata_broke_down_on_free_way_what_is/   (last visited May 9, 2025).

[13] https://www.hyundai-forums.com/threads/2021-santa-fe-limited-fuel-injector-parts-back-ordered-for-6-weeks.701718/ (last visited May 9, 2025).

Case No.                                                                CLASS ACTION COMPLAINT

demonstrating that Hyundai has known about Class Vehicles engines losing power while driving at all relevant times.  The volume and consistency of the NHTSA complaints shows that Hyundai obtained pre-sale knowledge of the Defect:

- NHTSA Complaint No. 11398545, March 1, 2021 (2021 Hyundai Tucson): "SEVERE HESITATION WHEN ATTEMPTING TO ACCELERATE FROM A STOP. CAR DOES NOT MOVE, REQUIRES SVERAL ATTEMPTS TO PRESS THE ACCELERATOR BEFORE THE CAR RESPONDS, EXTREMELY DANGEROUS WHEN ENTERING AN ON RAMP, MERGING ONTO A HIGHWAY, OR IN HEAVY TRAFFIC. THIS HAS BEEN AN ONGOING PROBLEM WITH THIS CAR, HAS NOT BEEN RECTIFIED , HYUNDAI REFUSES TO ACKNOWLEDGE THE PROBLEM."

- NHTSA Complaint No. 11444611, December 21, 2021 (2021 Hyundai Tucson): "Vehicle becomes unresponsive to the gas pedal after idling at a red light, acceleration is delayed for about 5 seconds. After the cars check engine light turns on and the vehicle begins to idle rough. Vehicle shakes randomly when coasting above 30mph and does not want to accelerate when pressing the gas pedal."

- NHTSA Complaint No. 11463972, January 1, 2022 (2021 Hyundai Santa Fe): "My Santa Fe has less than 14k miles. In many instances, the car has stalled when turning on. The engine would tremble and then shut the engine off while the dash lighting/symbols stay on. It will idle for a quick second and then drop to zero. Another instance is when driving into a parking spot and driveway and we applied the brakes. At that moment the engine shut off while the dash lights/radio and everything else stayed on. In all instances, if we apply the brake and then hit the start button, the car will typically turn on and act like nothing ever happened. In 2 instances, the blind side detection would turn off while driving and all the warning lights would come on the dash. After turning it off and letting it sit for a few minutes it would disappear. One time the front detection would go off and there was no car in front of me for about 8ft. The beeping continued after we drove off and it eventually reset itself and never happened again. I've notified the Hyundai dealer but they claim if they can't recreate it then they can't fix anything. My previous Santa Fe did the same thing and they had it for 2 weeks with no results. Although my blue link app showed the car was never moved from

Case No.                                                                    CLASS ACTION COMPLAINT

the parking spot which made me wonder if they even tried anything. I have videos of the Santa Fe stalling."

- NHTSA Complaint No. 11479708, June 6, 2022 (2021 Hyundai Santa Fe): "This car since 6/7/22 has been plagued with issues where is starts cutting out and stalling followed by the check engine light coming on flashing. This has happened many times and just happens while driving down the road. It is a very dangerous condition as you can not predict when it's going to stall out. The car has been in the dealership 3X for this problem and spent over 40 days there. Hyundai replaced the fuel injectors claiming that was the problem. It was over 35 days to get the back ordered parts. They were replaced and the car seemed to be running OK. I drove it for about 150 miles and it ran like new. Then on 8/13/22 while driving in traffic on NH Highway US1, it started doing it again. I went into the Hyundai dealership since was right there. I brought the technician out and showing him my running car with the running car with blinking CEL. They pulled into into the shop and ran a scan on it. They said there was no active codes. I asked to leave the car with hem so it could be investigated and there response we "we don;t have a car for you until next Tuesday". I was forced to drive off in a confirmed dangerous car. I pulled out into traffic on US1 and the car immediately lost power and started cutting out and the CEL was back on and blinking. I turned around on the very next street, turned the car off and back on and the CEL cleared. I pulled back onto US 1 and the car immediately lost power and started cutting out and the CEL was back on and blinking again. This very nearly caused a 2nd accident as ad zero power to accelerate. My concern is Hyundai has no idea what the problem is. They know there is a dangerous problem. The service manager drove the car/confirmed himself there is a serious issue. My other concern is the Hyundai dealership knowingly sent me away in a car they had confirmed for themselves was unsafe nearly causing a accident on the highway. I had to speak with the General manager to get a loaner to leave my defective car."

- NHTSA Complaint No. 11468572, June 10, 2022 (2021 Hyundai Santa Fe): "Problem first started on 3/31/22, car starting showing engine light as well as forward safety system off. Car would not accelerate and was shaking spuddering when foot was off the brake. Pulled into a safe location and called Towne Hyundai Genesis of Denville (Rt. 10, NJ) to schedule a service appointment and was told that there were NO appointments or availability until May. I expressed my concern that I did not feel safe driving the vehicle and the response was that I could drop off the car for 4-6 weeks and they would look at it when they had a chance. I asked if there was a loaner car

available and they said no that 100's of other people have problems. I took my car to a local shop to see if they could diagnose the issue and they ran a diagnostic test and the error P2127 (Throttle/ Pedal Position Sensor/ Switch E Circuit Low). The Hyundai BlueLink shows 2 alerts for Chassis on 3/31/22 as well. After this date I felt unsafe driving my car and have drove the vehicle a handful of times in 2 1/2 months unable to get an appointment. The alert would come on as soon as you turned the vehicle on until 6/4/22 when it occured while driving on a highway and the car stopped accelerating. I took the vehicle to Hyundai and they updated the system and stated that it was fixed. Within 15 minutes of driving it the issue came back, and I called them and they once again stated that I could leave it there for 4-6 weeks without a loaner. This car is extremely unsafe as it will just stop accelerating without any warning."

• NHTSA Complaint No. 11468923, June 13, 2022 (2022 Hyundai Santa Fe): "Vehicle under normal operation began to lose power as the accelerator was depressed. Eventually stalling and consequently cutting power to the engine. The vehicle became immobile and would not move or engage out of drive until repeated efforts to turn off/on the vehicle. For a few days following the incident the vehicle idled very low, nearly shutting off in a few instances."

• NHTSA Complaint No. 11468572, June 26, 2022 (2022 Hyundai Santa Cruz): "Engine stuttering at random like it is going to die out. And a major safety issue four times, so far, with less than 1800 miles on the vehicle, the engine has died mid drive and flashes error on dash that engine is off and to put in neutral and restart. The last 2 dates being 6/12 & 6/26/2022. The first engine shutdown started with less than 500 miles on the vehicle. Very unsafe on the road."

• NHTSA Complaint No. 11472012, July 1, 2022 (2022 Hyundai Santa Cruz): "The contact owns a 2022 Hyundai Santa Cruz. The contact stated while driving at undisclosed speeds, the vehicle lost motive power and failed to shift into gear. The contact was able to pull over and restart the vehicle. The "Stop Vehicle Immediately" message was displayed. The vehicle was taken to the local dealer but the vehicle was not diagnosed or repaired. The manufacturer was notified of the failure. The approximate failure mileage was 10,200."

• NHTSA Complaint No. 11477004, August 1, 2022 (2021 Hyundai Santa Fe): "I took my car to the dealer because it hesitates when accelerating. I was

told since no lights are on there's nothing they can do. This can be very dangerous as it jerks when accelerating"

- NHTSA Complaint No. 11479307, August 15, 2022 (2022 Hyundai Santa Cruz): "On 08/13/2022, I was driving from Miami, FL, already 2 hours on the road and like 9:45 PM I was driving with my wife on the Interstate I-95 in the City of Melbourne, state of Florida, and stop at the I-95 North Bound Rest Area to use the rest rooms and change driver seat with her. Then 10 minutes later we resume our travel and after entering the I-95 again, the vehicle suddenly went into some type of limp mode and lose power while merging in the I-95 and I had to do an emergency maneuver to the right shoulder to avoid being hitted by another vehicles. After stoping, I turned off the ignition and back on again, since I was on a place not too safe I continued the driving back home. No Check Engine Light was on whatsoever. The vehicle was driven normal for the next 20-30 minutes, then while driving State Road 192 and while driving 65-70 MPH, the engine stalled again. I had to stop in the middle of the darak and empty road on the right sholuder with my Emergency Lights on. I tried restarting the engine and the limp mode still and I got the Check Engine Light on and steady. I called pushing the button for the Hyundai BlueLink inside the car and nobody answer the emergency number. I verified the BlueLink application on my phone and then noticed a code for the malfunction. DTC: P030100, DTC System: Powertrain, DTC Sub System: EMS After 2-3 minutes I was able to continue driving home, when I pushed the pedal I felt the condition like loosing cylinder power this time and I pushed hard, the vehicle then suddenly was able to accelerate as normal and I was able to get home. After that I was able to drive the vehicle but I am not sure it is safe or not. I contacted the dealer Holler Hyunday at Winter Park Florida, and they gave me an appointment for 08/23/2022. I need my transportation issue resolved before that date since is my only vehicle needed to work and make wages. As a note this happened driving in Smart Mode. I will contact Hyundai to escalate this case."

- NHTSA Complaint No. 11487859, October 4, 2022 (2021 Hyundai Santa Fe): "While driving on the highway, when I pushed on gas pedal the car would not accelerate, I was uncertain if I was losing power of the vehicle, luckily it maintained the current speed and did not decelerate,but I was unsure at the moment if I was losing complete power, because it wasn't responding, it felt like the car was going to stall similar to when you run out of fuel. This occured for around 20 seconds, i would guess, long enough to notice that the car was not responding and continued to not respond,and to

CLASS ACTION COMPLAINT

be concerned from a safety perspective. The night before I had filled the fuel tank and I noticed to guage that predicts fuel mileage kept changing by 3-5 miles difference,back and forth repeatedly, before I even left the fueling station and as I continued to drive. I'm unsure if that is related to the driving performance issue of not accelerating the next day. The next morning when the non acceleration occurred the predicted fuel mileage was consistent. The next time I drove the vehicle following the non accelerating issue, there was an error that popped up on my digital dash stating "A possible condition with your engine control system has been detected. A full system check is recommended to be done when convenient. Please contact your local dealership to schedule an appointment." Also, the check engine light came on. MyHyundai app showed a DTC - P040B00, DTC system - powertrain, DTC sub system- EMS. I took the vehicle to the Hyundai dealership to confirm that the car was safe to drive or if I should rent a car until it can be further inspected. They read the codes and said it is safe to drive and no additional information, I will be taking the car back to the dealership in a week, which is their first available appointment with a hybrid certified technician. Both the dealership and Hyundai corporate customer service states there are no current recalls, but through other car forums, it appears to be a similar issue that has occurred with other Hyundai models."

- NHTSA Complaint No. 11490028, October 19, 2022 (2022 Hyundai Santa Cruz): "lost of power while driving at 45 mph. no engine warning."

- NHTSA Complaint No. 11492223, November 4, 2022 (2022 Hyundai Tucson): "I bought this car less than 30 days ago, and it has 1,500 miles. I tried to start my car in the morning and when I put it in reverse, it just rolled forward. I braked and put it back in park and the engine shut off. I tried this a few more times before I gave up. A tow came and first suggested it was the alternator, before another tow came and suggested it was a sensor. It has been at the dealer for 48 hours without a diagnosis, "maybe the injectors." I am fortunate this happened in a parking lot and not while I was on the road. I am now terrified to drive this car."

- NHTSA Complaint No. 11492999, November 10, 2022 (2021 Hyundai Sonata): "Oct 12: Engine stalled exiting I95 in Kittery Maine. Engine light flashed but did not stay on. Was able to get to safe place but car would not go more than 15mph. Hampton Huyndai reported mis-fire but stated it cleared on its own. Oct 17th: Engine stalled on highway ramp to I495, nearly causing me to be rear ended by other vehicles. Car would not go more than 15 mph. Engine light stayed on. Towed car to Key Salem Hyundai, defective

injectors, warrantee repair. Oct 23rd: Car stalls on I93, was able to take immediate exit and turn engine off. Engine light flashed but did not stay on. Took car in to Salem dealership on Oct 24th, no code found. Oct 25th: Car stalls again on city street. Light stays on, Salem dealership replaces cat. convrtr between Oct 26th through Nov 4th. Nov 9th: Car stalls again on city street. Light stays on, currently in Salem dealership. This is a safety issue, in two cases already this car has nearly gotten me in an accident on the highway. I am seeking arbitration for replacement. I am scared to drive this vehicle. I will have a third invoice pending this next repair."

- NHTSA Complaint No. 11493000, November 10, 2022 (2022 Hyundai Santa Fe): "The car started to stall and then completely turned off while I was driving. I had to turn the engine off and restart the car. I was petrified. This has happened to me twice."

- NHTSA Complaint No. 11494059, November 18, 2022 (2022 Hyundai Santa Cruz): "1st incident occurred October 19 2022.while driving 45 mph all of sudden vehicle lost engine power, can not accelerate. vehicle would not restart. towed vehicle to hyundai dealership service center.vehicle was repaired on November 2 2022. 2nd incident occurred on November 17 2022. while driving on highway speed limit vehicle engine lost power. vehicle would not restart. towed vehicle back to same dealership service center."

- NHTSA Complaint No. 11494231, November 19, 2022 (2022 Hyundai Sonata): "On multiple occasions, the car has intermittent acceleration issues and hesitates when the automatic transmission is shifting to the next gear. Without warning, the car completely turned off - engine failed - while driving and in the middle of making a turn, and luckily oncoming traffic stopped in time before we were in an accident. The local dealer has been unable to replicate the problem; however, there is an open recall on the same make and model but my VIN is not currently included in this recall. This is not a coincidence and this vehicle is not safe to drive. I also already contacted Hyundai directly but the case manager has yet to resolve the issue, just says the VIN is not part of the recall."

- NHTSA Complaint No. 11494975, November 26, 2022 (2022 Hyundai Santa Fe): "My car has stalled and shut down and locked up completely while I was driving the vehicle for the 4 th time Thanksgiving Day. I was petrified! I called service at the dealership and they wanted to charge me. The car isn't even a year old! What is Hyundai going to do about this?"

23

- NHTSA Complaint No. 11496467, December 7, 2022 (2021 Hyundai Santa Fe): "There were two warning (?) "bings" from the instrument cluster and then vehicle completely lost power and would not exceed maybe 2 MPH. Vehicle had forward drive, but no willingness for engine to speed up beyond idle speed. Was like this for several city blocks until I was able to restart at a traffic light and then it resumed normal operation. Did not notice any warning lights and no messages popped up in the instrument or vehicle display. Just the two "bings" before power loss. This is actually the second time this has happened. Last time was while accelerating on a freeway onramp, but vehicle corrected itself more quickly and without need for restart."

- NHTSA Complaint No. 11496873, December 10, 2022 (2022 Hyundai Santa Cruz): "While driving on a local highway, vehicle lost all power and stopped. It would not restart. Vehicle was towed to the dealer, and was they found found that the HIGH PRESSURE #4 FUEL INJECTOR IS STUCK OPEN, and REPLACED #4 CYLINDER FUEL INJECTOR AS REQUIRED. They also replaced the battery. Vehicle is 11 months old. If this had happened on the interstate, I would have been rear ended and possibly killed. No warning, just stopped. Vehicle had reported loss of power on a previous occasion, but nothing could be found."

- NHTSA Complaint No. 11497596, December 15, 2022 (2022 Hyundai Sonata): "The contact owns a 2023 Hyundai Sonata. The contact stated while driving approximately 10 MPH down her driveway, the vehicle began to shake violently. The contact stated that the vehicle began to shut down. The contact stated that the check engine warning light was illuminated with DTC P020200 flashing on the instrument panel. The contact had the vehicle towed to a local dealer, where the dealer reset the computer. The vehicle was repaired. The failure recurred and the vehicle shut down and was towed back to the same dealer. The contact was informed that the mechanic could not duplicate the failure. The vehicle was not repaired and was returned to the contact. The failure recurred; however, the contact had not returned the vehicle to the dealer yet. The vehicle was not repaired. The manufacturer had been informed of the failure. The failure mileage was approximately 2,000."

- NHTSA Complaint No. 11500216, January 4, 2023 (2022 Hyundai Sonata): "Our 2022 Hyundai Sonata completely shuts down while driving. We purchased the vehicle in May 2022 and since then it has died over 10 times and has almost caused multiple accidents. We have 3 video footage that we

24

have shown Hyundai corporate and the dealership service technicians. They drive the vehicle a few miles and give it back unable to duplicate it. Hyundai refuses to buyback the vehicle due to safety concerns. We do not know what more we can do and have been working on this since August. We no longer drive this vehicle as it is too dangerous and will eventually cause an accident."

- NHTSA Complaint No. 11502561, January 19, 2023 (2022 Hyundai Santa Fe): "The contact owns a 2022 Hyundai Santa Fe. The contact stated that while driving at an undisclosed speed, the vehicle stalled. The check engine warning light was illuminated. In addition, the blue link feature failed to contact Law Enforcement as needed. The vehicle was towed to the dealer; however, the vehicle was not diagnosed or repaired. The manufacturer was made aware of the failure. The failure mileage was approximately 55,777."

- NHTSA Complaint No. 11503065, January 22, 2023 (2022 Hyundai Sonata): "My 2022 hyundai sonata sel completely shuts down while driving, most recently it happened twice in the middle of an intersection when I was trying to make a left turn it is very very scary and dangerous. I purchased the vehicle in July 2022 and since then it has had consistent idling issues meaning if it's parked too long it will just turn off but now it is turning into while I'm actually driving at the engine dies and again recently it's been in the middle of intersections which is very scary. My check engine light came on it only 4000 miles on new car - very concerning. I encourage anyone having intermittent engine stalling in any way to make sure we are reporting this."

- NHTSA Complaint No. 11504521, January 30, 2023 (2022 Hyundai Tucson): "The car completely stalled while in the middle of driving. I was on the interstate and was unable to go at appropriate speed, making it dangerous for other drivers. This is the second time that this has happened. The first time, the dealerships said that it was a faulty fuel injector, and replaced it. However, 2 months later, the same problem occurred again. Because I wasn't in an accident, the car was not inspected by anyone other than the dealer. I did not receive any warning lights or symptoms."

- NHTSA Complaint No. 11504566, January 30, 2023 (2023 Hyundai Sonata): "While on the highway, my car suddenly started shaking violently and losing power. I lost steering and was unable to accelerate. I pulled over to the side of the road and the vehicle would not start again. I took it in and

a fuel injector was stuck open and it had flooded my engine. This was the second time with this vehicle that this happened."

- NHTSA Complaint No. 11504450, January 30, 2023 (2022 Hyundai Santa Cruz): "I was driving on the 394 in Minneapolis and my car had a massive loss of power, dropping my speed from 65 to 35 in seconds, as if i was braking (which I wasn't). The engine light began flashing and I was unable to accelerate beyond the speed it had reduced me to. I was able to limp off the freeway and into a parking lot where it kind of fixed itself after 10 minutes. I took it to a local dealership who said the engine had lost 2 cylinders suddenly. The cylinders were not replaced and no additional work was done to the engine (I don't know why). It has since continued to stutter at lower speeds and occasionally lags when accelerating. Hyundai refuses to do anything about it."

- NHTSA Complaint No. 11507159, February 14, 2023 (2022 Hyundai Sonata): "The contact owns a 2022 Hyundai Sonata. The contact stated that while driving approximately 35 MPH up a ramp leading to the freeway, the vehicle suddenly started losing motive power. The contact stated that the vehicle would no longer accelerate while depressing the accelerator pedal. The vehicle was later towed to the local dealer who was unable to determine the cause of the failure. The vehicle was not repaired. The manufacturer was not made aware of the failure. The failure mileage was 15,000."

- NHTSA Complaint No. 11509258, February 27, 2023 (2021 Hyundai Sonata): "My car barely has 11,000 miles and just the other day it had about 20miles left of gas but as I was driving on the road it started to feel and seem like it was about to die on me,"

- NHTSA Complaint No. 11513300, March 22, 2023 (2022 Hyundai Santa Fe): "My vehicle has been having intermittent cylinder misfires for about 4-5 months now. Initially, before I knew this was the issue, I didn't think much of it because the shaking that would occur was mild, but as it gradually worsened I knew there was a bigger issue. I will start my car, the check engine light will be on, and the car will shake very hard with acceleration throughout the entire drive. I know that it is a cylinder misfire because I will get an alert on MyHyundai app telling me that a DTC code has been detected, this is the code, "DTC P030100" (the servicing department confirmed this was the misfire code). I have come to learn that the car usually only populates the code when the issue occurs for consecutive trips. As this is an intermittent issue, there are times when I know that the car is misfiring

during the drive (it is obvious), but I will not be sent a DTC notification. I have taken my car to the dealership 3 times for this issue with documented DTC codes for each visit. Upon my initial visit to get this seen about, my local Hyundai dealership changed the spark plugs and coil packs in an attempt to fix the issue (although the spark plugs should not usually need replacing at 20,000 miles). It was about 2 days until it started misfiring again. Since then, I have taken it back to the dealership twice because of this unresolved issue, but if the cylinders are not misfiring the day I take it, the issue is dismissed. I truly do not think they know or care to investigate the matter further. I have taken it to the dealership 3 times within the last 3 weeks regarding this issue. I have to imagine this is a safety issue as it can increase the chance of engine failure. Today was the 3rd visit, I picked it up and as I was told, "we saw the DTC code, but the cylinder was not misfiring when we looked at it, so we drove it around a good bit and no issues so the code was cleared"."

- NHTSA Complaint No. 11517026, April 13, 2023 (2022 Hyundai Santa Cruz): "Driving on interstate vehicle suddenly decelerated… pressing the gas pedal on rev'd the rpm's up no acceleration…had to pull over and park..engine light did come on this time ( second time this has happened although the first time power train reengaged after some seconds passed..I did report that incident as well) First time took to dealership was told nothing wrong cannot duplicate… this time wife was with and was able to record ok phone what was happening Had it towed to dealership"

- NHTSA Complaint No. 11524357, May 30, 2023 (2022 Hyundai Tucson): "The contact owns a 2022 Hyundai Tucson. The contact stated while entering the highway and depressing the accelerator pedal to the floor, the vehicle failed to accelerate over 50 MPH. The contact stated that the check engine warning light was illuminated. The contact stated that the steering wheel and vehicle was shaking abnormally. The contact continued driving to her destination. The contact took the vehicle to the local dealer the following day, where it was diagnosed with needing fuel injector #4 to be replaced. The vehicle was not repaired and continued to experience the failure. The contact took the vehicle to the local dealer the following day, where it was diagnosed with needing the remaining fuel injectors to be replaced. The vehicle was not repaired. The manufacturer had not been informed of the failure. The failure mileage was approximately 42,000."

- NHTSA Complaint No. 11525029, June 2, 2023 (2023 Hyundai Sonata): "The contact owns a 2023 Hyundai Sonata. The contact stated that while

Case No.                                                                                   CLASS ACTION COMPLAINT

driving at approximately 60 MPH, the vehicle inadvertently decelerated to approximately 30 MPH and stalled. The check engine warning light illuminated. The contact was able to veer the vehicle off the road. The contact then stated that after she exited the vehicle, she noticed a white cloud of smoke coming from the exhaust and an abnormal odor outside the vehicle. The vehicle was towed to the dealer where it was diagnosed that cylinder #3 fuel injector failed and needed to be replaced. The vehicle was repaired; however, the failure recurred. The contact stated while driving approximately 60 MPH, the vehicle hesitated and then stalled. The vehicle was towed to the dealer where it was diagnosed and determined that cylinder #2 fuel injector failed and needed to be replaced. The vehicle was currently at the dealer. The manufacturer was notified of the failure and the contact was provided a case number. The failure mileage was approximately 5,070."

- NHTSA Complaint No. 11527490, June 17, 2023 (2022 Hyundai Tucson): "On two occasions, both on busy highways traveling at about 65mph the engine just quit running. Very scary but fortunately was able to drift to the side of the road and wait for assistance. The car was towed to the nearest dealer two hours from my home. After the fuel injectors were replaced it was returned to us two weeks later. It only had 9,000 miles on it. This is a very dangerous problem to just stop running with no warning. We could have been hit from behind and killed."

- NHTSA Complaint No. 11529228, June 27, 2023 (2021 Hyundai Santa Fe): "While driving 80 mph down the highway my brand new vehicle shut off completely, the entire car lost power. In another instance I was going around a roundabout and my acceleration completely went out, my son was in the back seat and another car had to jump the curb to avoid crashing into us. I met a woman in the dealership who has been waiting over a year for her recalled tow hitch to be fixed. When it rains or snows the forward safety systems shut off and the alert repeats extremely distracting on your dash, like sounds, red flashing lights, over and over again. You have to constantly hit the ok button while driving to get it to go away."

- NHTSA Complaint No. 11532712, July 17, 2023 (2022 Hyundai Santa Fe): "I had previously filed a complaint and received an issue number 11494975 I have not been able to retrieve any information related to this number. In any event I am constantly having problems with acceleration, stalling, the car puts itself in Neutral, and on occasion has completely turned itself off at a light or while driving. I do have a video of the acceleration problem and revived an email back from Laura Nelson. This is a very serious safety issue.

28

Hyundai is not responding to following up. I also took it to an outside mechanic to put in the computer and got a general code so there is a problem somewhere. Thank you Susan Piller"

- NHTSA Complaint No. 11533300, July 19, 2023 (2022 Hyundai Santa Cruz): "Vehicle begins to sputter and doesn't want to accelerate. This usually occurs on the highway. Pulling over and turning the car off "resets it" sometimes. Vehicle is less than a year old with 26k mi on it. When the vehicle experiences these episodes I have to gradually use the accelerator, vehicle does not like fast acceleration when it's going through one of these episodes. Check engine light comes on and a message stating a diagnostic of the engine control system needs to be conducted. Currently awaiting Hyundai dealership to get me into their service department."

- NHTSA Complaint No. 11536620, August 5, 2023 (2023 Hyundai Sonata): "Purchased a new Hyundai 2023 Sonata from McGovern Hyundai Rt 2 May 22, 2023. After two weeks of driving the vehicle, I noticed it hesitates when I push down on the gas pedal. I had planned to have the dealership take a look but have a very busy schedule, the issue continued each time I drove the car to the point it was hesitating, basically pausing as I cross intersections. On the 26th of July I was driving on the highway, as I started to experience issues when stepping on the gas. Entering a tunnel in Boston, I pushed down on the gas pedal and noticed the car was decelerating, I was losing speed, in a panic in the center lane of the tunnel, I was able to get the car over to the far right. The car was shaking aggressively then finally just gave out and I called 911. They towed the vehicle to the police headquarters, I called Hyundai for assistance. Had some hiccups but two days later they were able to service the vehicle, supposedly found a faulty fuel injector. They changed out the 1 faulty injector test drive and said the problem was fixed. I picked up my car on July 28th 2023. There is something still wrong with the car, it still has some hesitation and now misfires. Have not heard from Hyundai, I was assigned a case manager and told someone would follow up, no one has reached out. So lucky my children were not in the car and that i'm safe. I could have been killed, others could have been hurt/killed. This should not happen to brand new cars."

- NHTSA Complaint No. 11538430, August 14, 2023 (2022 Hyundai Santa Fe): "I was driving the vehicle my pregnant wife and 1 year old baby were in the car with me. Car started shaking and i was loosing speed right before getting off the freeway. There was a very strong smell of gas as if it was leaking but it was not. I have an appointment to be checked at the dealership

Case No.                                                                CLASS ACTION COMPLAINT

Wednesday August 16th. This is the second time something like this happens while driving in the freeway."

- NHTSA Complaint No. 11538551, August 15, 2023 (2022 Hyundai Sonata): "While I was driving the vehicle late last year (2022) I pulled out of the parking lot of my office and my vehicle did not accelerate even though I was pressing the gas pedal. I pulled over, turned off the car, restarted the car, and everything was normal again. This morning (8/15/23) as my wife was driving my son to school, the car did the same thing and the vehicle did not accelerate even though the gas pedal was pressed and the RPM's were registering but there was no drive power. She had to pull over and restart the car as well."

- NHTSA Complaint No. 11543928, September 11, 2023 (2022 Hyundai Santa Fe): "I have experienced a sudden loss of power when accelerating and then sudden vehicle slowdown and engine shutdown. Twice this occured at either hiway speed or accelerating to highway speeds. In both of these cases I easily could have caused or been involved in a serious crash. The third time happened on a city street and was not as egregious. There was no forewarning this might happen...no warning lights on the dash, etc. The vehicle is currently in a dealership service department after the last occurrence , and has been for five days with no knowledge of the current status. The prior times the dealership, Kolar Hyundai in Hermantown, Mn. has only cleared the error codes stored in the computer, but not identified a cause. The three times it was in the dealership were 2/15/22, 6/28/23, and 9/5/23. The second time it had to be towed in. The car currently has 9200 miles on the odometer. I am now afraid to drive it, as I consider the problem to be dangerous to my safety, as well as other vehicles. I have contacted Hyundai Customer Care, but received no response as of today."

- NHTSA Complaint No. 11544648, September 14, 2023 (2021 Hyundai Santa Fe): "During low speeds the car stalls out which could cause a safety issue for my family"

- NHTSA Complaint No. 11546812, September 27, 2023 (2022 Hyundai Tucson): "While driving the check engine light comes on and the car loses power and starts running very ruff and almost stalls at times. This is the second time this has happen in 3 months, last time they replaced a fuel injector. I look up the problem and it seams to be common problem with the 2022 Hyundai Tucson."

Case No.                                                    CLASS ACTION COMPLAINT

- NHTSA Complaint No. 11547655, October 2, 2023 (2022 Hyundai Santa Cruz): "Lose of power, twice, one was around July early August, driving from my home doing about 30 mph I lost power, and the word limit showed on my dash, thinking I may have done something wrong myself I didn't think much of it until last Wednesday 09/27/23 it happened again, after leaving my destination I was driving home went around a corner and was up to about 35 mph and my truck lost power, which was completely nerve wrecking I had to pull over quickly and the word limit showed up again, I restarted the vehicle and drove off, and called a hyandai dealership and made an appointment which is for today Monday 10/02/23"

- NHTSA Complaint No. 11548930, October 8, 2023 (2022 Hyundai Tucson): "Driving on hwy 24 about 6 weeks ago car started missing badly. Engine light came on had to pull off hwy almost got rear ended. Waited for roadside assistance over 2 hours was 110 degrees outside. Called Hyandai road side assistance they said another 2 hours. We called dealer they said to just try driving it to dealer. They had car 2 weeks finally figured out had bad fuel injector car had 22000 miles. We got car back still didn't run right. Three weeks later same thing happened they had for one week different fuel injector bad. This time broke down with grandkids in car. There is service bulletin for the problem. Very unhappy care very unsafe to drive."

- NHTSA Complaint No. 11549488, October 11, 2023 (2022 Hyundai Santa Fe): "Vehicle check engine light came On while driving and vehicle began misfiring. Vehicle was in the shop and injector was found defective. Vehicle again had same issue but intermittently and wife would have to pull over and shut down the car to be able to drive it safely home. Dealership tried blaming bad gas which was purchased a mile from dealership. Within 50 miles vehicle began acting the exact same way and Hyundai dealership says injector needs replaced but blaming contamination not a known issue Hyundai has with injectors. Found multiple instances of same issue and same made up issue of contaminated gasoline even at the same dealership I went to. Faulty injectors make the vehicle unsafe when traveling at highway speeds on busy highways."

- NHTSA Complaint No. 11549692, October 12, 2023 (2022 Hyundai Tucson): "While driving vehicle, car lost power and show down on highway. Car would not start. Eventually started and sputtered white smoke and the smell of fuel. Car would only go 2 miles and hour. Took to dealership and they said it was the fuel injector pump. No recall has been issued even though several other Hyundai and Genesis i models have recalls for same issue."

31

- NHTSA Complaint No. 11554376, November 9, 2023 (2022 Hyundai Tucson): "In the last 4 months my vehicle has had 2 bad fuel injectors. In both instances my check engine light came in while I was driving down the road. The vehicle shuttered and could not accelerate. Luckily both times J was close to home and was able to turn around. This came with no warning. Both times, I had previously driven the car that day with no issues. When I went out for another trip, the vehicle then had an issue. I am concerned the fuel injectors for this vehicle/model may have a defect of some kind, as I have lost two in a very short amount of time. If this happened in a congested area or highway it could absolutely present a safety issue. The first incident occurred when the vehicle had about 59,000 miles on it."

- NHTSA Complaint No. 11554363, November 9, 2023 (2023 Hyundai Sonata): "The contact owns a 2023 Hyundai Sonata. The contact stated that on two separate occasions while driving at various speeds, the vehicle started to shake, and the vehicle lost motive power. The vehicle was pulled over to the side of the roadway and turned off. The vehicle failed to restart on both occasions. The vehicle was towed to a dealer where it was diagnosed that the fuel injector needed to be replaced. The vehicle was repaired. The manufacturer was notified of the failure. The failure mileage was approximately 11,000."

- NHTSA Complaint No. 11556172, November 21, 2023 (2022 Hyundai Tucson): "For the second time vehicle has lost power and slowly began slowing down. This time it was on the interstate which almost caused a collision with a semi. It is due to faulty fuel injectors which is a known issue with hyundai."

- NHTSA Complaint No. 11556588, November 23, 2023 (2023 Hyundai Sonata): "Took a trip to the grocery store, and started up my car when I got back. The engine turned over but after a few seconds, it stalled. Tried this again, but lightly pressed the accelerator. This raised the RPM, but it dropped quickly and stalled the engine again. Made a couple more attempts after and eventually, the engine light came on. Shortly before this incident, I had about 10-15% of gas left in my tank. After this happened, bluelink reported that I had 1% left. Got the vehicle towed to the dealership, where they confirmed the condition and found that the fuel injector for cylinder 3 needed to be replaced. I consider myself lucky that this happened while my vehicle was parked. This would've been a huge safety concern if it happened out on the road."

Case No.                                                          CLASS ACTION COMPLAINT

- NHTSA Complaint No. 11557014, November 27, 2023 (2022 Hyundai Tucson): "This car has 36,000 miles, purchased new and serviced on schedule. The car is at the dealer for the third time since purchase. The first was a fuel injector issue/drivetrain error. The second time was a bad spark plug. The most current issue is another fuel injector. People on the internet have reported similar problems. The dealership has directed us to come get the car, which is unacceptable, because this is an engine error. I spoke to Hyundai Customer Car and they directed me to rent a car at my own cost and to not drive the car."

- NHTSA Complaint No. 11557625, November 30, 2023 (2022 Hyundai Santa Fe): "Vehicle began to shake, buck and emit a grinding noise while traveling on highway resulting in loss of speed control and associated fear. Check engine light appeared simultaneously. No prior indication of a problem. Managed to limp to next exit via shoulder. Had car towed to dealer as warranty was still in effect. Problem was diagnosed as fuel injector failure and repaired. Learned it is a common, recurring issue with Hyundai 4 cylinder engine. Not unusual to have multiple failures per vehicle. Hyundai is only authorizing repair/replacement upon individual failures, not pre-emptive even though common and recurring. Confirmed this is a common, recurring issue across Hyundai via our local mechanic and internet info. Vehicle has now experienced a second failure and is being towed to dealer."

- NHTSA Complaint No. 11557573, November 30, 2023 (2022 Hyundai Santa Fe): "On 10/31 I loss power while on the freeway for the 2nd time since August. The car was assessed and fixed according to the dealership. My car threw a 2nd code which was cleared and not fixed due to not showing issues according to the dealership. I got my car back in mid November. I immediately complained that I still had a rough idle and was told my car was fine by the manager via service rep. On 11/28 my car loss power on the freeway again for the 3rd time since August. According to the codes, all my cylinders are failing one by one. This is a huge safety concern. The dealership could care less."

- NHTSA Complaint No. 11557573, November 30, 2023 (2022 Hyundai Santa Fe): "On 10/31 I loss power while on the freeway for the 2nd time since August

- NHTSA Complaint No. 11559090, December 1, 2023 (2022 Hyundai Santa Fe): "Ref NHTSA TRACKING # 11557625 Vehicle broke down again within 5K miles and 45 days of prior repair referenced in above case. Similar

33

conditions, highway speed, bucking and vibrating, loss of speed control, no warning. Subsequent repair confirmed same issue (fuel injector) as original breakdown/repair and my initial notification to NHTSA."

- NHTSA Complaint No. 11559614, December 11, 2023 (2022 Hyundai Santa Cruz): "Leaving work my truck started shimmying like I had a flat. I realized I had no power when accelerating and my engine light came on. I wanted to make it home so chanced it in the interstate. Any acceleration under 2000 rpm my whole car shook and shuddered. It even shakes when idling before I shut it off. The dealer said they can't even schedule it for service for weeks."

- NHTSA Complaint No. 11560165, December 14, 2023 (2022 Hyundai Santa Fe): "on 11/20/23, Car refusing to accelerate past 30 and not shifting thru the normal gear sequence Engine revving up to 3000 rpms and hesitating to go past 35 or 40 mph Auto start light is lit the entire time in bright amber on the dash of the car Pressed the auto start button and it would not disengage"

- NHTSA Complaint No. 11561146, December 20, 2023 (2022 Hyundai Tucson): "Spring and Summer 2023: Multiple safety sensor malfunctions during highway rides pose a risk. The official dealership reset the system, but issues have persisted over the last few months. August 9, 2023: Sudden and intense shaking, poor driving performance. The vehicle was serviced at the official dealership (LITHIA Hyundai of New Port Richey #396). Replaced Parts: QQH Injector Assembly Fuel QQH Pipe-High Pressure Combustion Seal Ring K Bolt Gasket-Port Gasket-PCV FKM Washer-Injector Bracket x 2 September 25, 2023: Recurrence of shaking and jerking while driving on the highway. The vehicle was dropped off at the same official dealership. Replaced Parts: Spark Plugs Combustion Seal Ring QQH Pipe-High Pressure QQH Injector Assembly Fuel December 19th, 2023: The same issue appeared yesterday. The vehicle was dropped off for repair at the official dealership (LITHIA Hyundai of New Port Richey #396). Ongoing concerns and recurrent problems warrant further investigation and resolution. Dealership Information: LITHIA Hyundai of New Port Richey #396 Address: 3936 US Hwy 19, New Port Richey, FL 34652 Phone: (727) 203-7300"

- NHTSA Complaint No. 11560374, January 5, 2024 (2023 Hyundai Tucson): "Engine would not accelerate after stopping at a store. Limped home at 15 mph. Engine light came on a few miles from home. Vehicle would not stay

running the next morning and had to be towed to dealership. Problem was an injector that the seal had failed on causing the engine to flood with gasoline. Dealership stated they had seen multiple injector failures and replacement parts now have a different part number implying the injector has been redesigned. Hyundai refused to replace the other injectors as they had not failed yet (they did replace the one that failed). I went ahead and paid to replace the other three. I live in Montana. If I had lost acceleration going up a steep incline or in heavy traffic or car engine failed to stay on in remote area in sub zero temperatures it could have had detrimental consequences."

- NHTSA Complaint No. 11565639, January 15, 2024 (2022 Hyundai Sonata): "I leased my brand new Sonata at the end of August in 2022. in November 2022 I was driving on the highway and my vehicle started to decelerate. I stepped on the gas pedal and it just went slow and slower. I was able to make it home but after shutting the car off it would not start again. I had it towed to my dealer and they fixed something with fuel injection. in February 2023 the same thing happened with only 4500 miles on the car except this time my car decelerated so badly I pulled to the side of the road and it immediately died. I had the car towed again and they fixed it again. The car was good for a while but on [XXX] of 2024 the deceleration issue happened again. it did not stall out on me and I was lucky enough to be able to get the car to my dealer to have them do a diagnostic check. They did not find anything. This is baffling to me. I guess I need to break down again for, something to be fixed with this car. my complaint is that while driving my car and if I break down it is unsafe for me and other cars on the road if my vehicle just dies. I do have a job and also like to travel out of town sometimes. I do not feel safe with this car. It broke down twice in the first year so it did not qualify for the lemon law in my state of Pennsylvania. Please provide some information on what I need to do to keep myself and other drivers safe. Thank you very much."

- NHTSA Complaint No. 11565728, January 16, 2024 (2023 Hyundai Sonata): "I was traveling on the freeway when I began experiencing erratic acceleration, around which time the check engine light came on. I took the next exit, and continued to experience the same symptoms, as well as rough idling, and a bit of smoke. The car was towed to the nearest Hyundai dealership where the fuel injector was replaced under warranty."

- NHTSA Complaint No. 11568524, January 29, 2024 (2023 Hyundai Sonata): "Driving going 30 mph, vehicle stopped accelerating. Error code was Engine Control System failure. Codes P2178, P0301 and P0087F0 were

35

shown at dealership. Car was taken to dealership for repairs where the fuel injector on cylinder #1. 16 days after receiving car back, we went to start the car and it wouldn't start. After several attempts, gasoline began spewing from the car leaking an entire tank of gas on our garage floor and driveway. Very dangerous! Being towed to dealership again today."

- NHTSA Complaint No. 11569061, January 31, 2024 (2022 Hyundai Santa Fe): "The car has been taken to the dealer multiple times for not accelerating out of 1st gear when starting up, and also for shuddering at high speeds. We have been stranded, hundreds of miles from home on 2 occasions, first with less than 30,000 miles because the spark plugs needed to be replaced. And the second occasion, also hundreds of miles from home, because the car failed on the highway and limped into a dealership, where one of the fuel injectors was replaced at approx 50,000 miles. The mechanic at this dealership voiced his concerns that these were the original fuel injectors, He said he was aware of the problem, but was only permitted to replace one of the fuel injectors. The car continues to shudder at occasionally, and refuses to shift out of 1st gear at odd times. We have tried to get Hyundai to replace the fuel injectors, but they refuse. I would like this to be serve as a record of our problems so that others can be aware of a problem that exists with these cars. This is a safety issue, as if the car will not accelerate on a highway or crossing a road, it is possible to have an accident. Also, having the car fail on a remote highway is also a safety issue."

- NHTSA Complaint No. 11573313, February 9, 2024 (2021 Hyundai Santa Fe): "The contact owns a 2021 Hyundai Santa Fe. The contact stated that while stopped at a traffic signal, the vehicle hesitated while depressing the accelerator pedal. The contact stated there was no warning light illuminated. The contact stated that the failure was intermittent. Additionally, the contact stated that while the vehicle was in reverse(R) the back over protection camera screen was black. The contact stated that after turning off the vehicle, the reverse image screen operated as needed. The contact had not taken the vehicle to a local dealer or independent mechanic. The vehicle was not diagnosed or repaired. The manufacturer was not informed of the failure. The failure mileage was approximately 16,000."

- NHTSA Complaint No. 11571570, February 13, 2024 (2023 Hyundai Sonata): "Had been traveling for approximately 2.5 hours in a winter storm, pushed on brake to slow down and park and the car started to chug. Turned car off and then back on again. Car would not start and had to be towed to nearest Hyundai dealership. There were no warning signs at all, car just

suddenly quit. We were later informed that it was the fuel injectors. We were very fortunate that this did not occur in a place with no cell service on a very frigid, stormy night."

- NHTSA Complaint No. 11576264, February 26, 2024 (2021 Hyundai Santa Fe): "While driving and must stop due to traffic light, stop sign or intersection and the auto start is on as soon I lift the foot foot from the brake pedal to continue driving the vehicle stumble and it completely stop the engine while the vehicle transmission is still in drive. In order to start again I have to switch transmission to park and turn key ignition switch to start vehicle, it start again and I can continue. While driving and must stop due to traffic light, stop sign or intersection and the auto start is on as soon as I lift the foot from the brake pedal to continue driving the vehicle stumble and it completely stop the engine while the vehicle transmission is still in drive. When I take the vehicle to the dealership the Service writer writes on the computer but they do not allow me to see a copy of what I am reporting. I like my vehicle, I just want it to be fixed and me and my two daughters be safe when needed after a mandatory stop due to traffic signs, intersection driving through or any other emergency stop and go due tragic and or road condition."

- NHTSA Complaint No. 11578047, March 18, 2024 (2022 Hyundai Santa Fe): "[XXX] Driving down road car began shaking, driving rough and wouldn't pick up speed. Check engine light came on with code P030400/POWERTRAIN/EMS/Odometer 46,056. Car towed to Hyundai in Gainesville, GA. Tech found Cylinder 4 misfire and Cylinder 4 was replaced. [XXX] Driving down Highway and car began shaking, driving rough and wouldn't pick up speed ,again. Check engine light with code P030300/POWERTRAIN/EMS/Odometer 47,176. Car driven to Hyundai in Gainesville, GA. Tech found Cylinder 3 misfire and Cylinder 3 was replaced. [XXX] Driving down highway and check engine light came on. Car was running okay. Code P219CFO/POWERTRAIN/EMS/Odometer 47,315. Car was driven to Hyundai in Gainesville, GA for diagnosis. Tech found Cylinder 1 Air-fuel ration imbalance, [XXX] internal GDI injector leakage and parts were ordered. Replaced 2 fuel injectors, high pressure fuel pipe and 2 rail bolts."

- NHTSA Complaint No. 11580960, April 3, 2024 (2022 Hyundai Santa Fe): "Loss of acceleration while driving. This has occurred multiple times (always while moving or actively driving). The first time we were driving up a significant hill and the car slowed, lost power and we had to pull over

CLASS ACTION COMPLAINT

and coast back down the mountain to a repair center. The second time, I was on the freeway and lost acceleration causing me to pull off the road in median. The third time, I was at a stoplight and when the light turned green, I had almost no movement after edging into the intersection. Eventually, at about 5 mph, the car regained speed. The check light went on in the first event and the car was supposedly repaired at the second dealership by re-tensioning "pins". However, no lights or warnings went on for incident #2 or #3 that occurred after the earlier repair effort. The vehicle is currently at the dealership service center for it's 7th day of "unable to replicate the problem" after incident #3."

- NHTSA Complaint No. 11582183, April 10, 2024 (2022 Hyundai Tucson): "NHTSA Complaint On Sunday, March 10th 2024 our 2022 Hyundai Tucson with 2.5L engine started missing in one of the cylinders. It did not disable the vehicle and it ran like that for several blocks until we could pullover to safety. At this time there were no warning lights of any kind. It wasn't until I turned the car off, checked the oil (which was good), started the car again and did a lap around the parking lot that the check engine light came on. So there were no warnings. We dropped the car off at our local Hyundai service center that night so it could be checked first thing the next day. It turned out that it was a bad spark plug and injector. At that point it was no big deal. We chalked it up to a fluke. We received the car back on Thursday, March 14th with the explanation of what happened and that it was replaced under warranty. There were NO RECOMMENDATIONS made upon pick up. Exactly 2 weeks later on Thursday, March 28th, the car lost all power while traveling 60mph in the middle lane of the interstate. Again, there were no warning or diagnostic lights coming on. It was pure luck that there was minimal traffic and other drivers were paying attention as the car came to a complete stop in the middle of the highway in order to be restarted and it refused to accelerate above 20mph in order to limp to the shoulder and get to safety. Over an hour later and stopping and starting the car in a parking lot, the check engine light finally came on. The engine was running worse this time. The car had to be towed this time to the service center. After being checked out it was another spark plug and a fouled fuel injector. Researching online showed that this is a very common issue with Hyundai fuel injectors between 12,000 and 25,000 miles. There are currently no technical service bulletins or recalls warning owners of this common failure and potentially losing power traveling at high speeds. Research showed there have been 3 collisions caused by this exact issue to date."

- NHTSA Complaint No. 11582743, April 13, 2024 (2022 Hyundai Tucson): "I was driving on the highway when the engine would not accelerate. I was stuck in a high speed lane and drivers were on my rear bumper. I could not move over and felt helpless. I pulled off at the next exit and the vehicle was sputtering. I made it home at reduced speed. The vehicle would not start the next morning. I had it towed to the nearest dealership. I was contacted days later and informed that the is a bulletin about power loss due to faulty fuel injectors. Many complaint sites are full of the same problems. I now feel unsafe driving the vehicle on trips. I don't want to get stuck in the middle of nowhere. I am a female senior citizen."

- NHTSA Complaint No. 11585143, April 25, 2024 (2022 Hyundai Sonata): "GDI fuel injectors are faulty and causing engine misfires in multiple cylinders."

- NHTSA Complaint No. 11586734, May 3, 2024 (2023 Hyundai Sonata): "The car would not accelerate, nor switch gear while I'm driving middle of the highway. The car engine started to shake after my car wouldn't switch gear. The car engine would not start after turning the car off and caused a engine misfire. The transmission gear has a hard time switching gear from 0-40mph. This same incident occurred twice since purchasing the car in late November 2022."

- NHTSA Complaint No. 11586987, May 4, 2024 (2022 Hyundai Santa Fe): "I was driving in the freeway and all of a sudden my engine power became week. I try to step accelerator but it did not cooperate."

- NHTSA Complaint No. 11590031, May 21, 2024 (2022 Hyundai Sonata): "The dealership determined the fuel injector of cylinder 2 to be malfunctioning and replaced it. My safety was put at risk because my car lost all drive power and I could not get out of other people's way.(I was only going 40 but imagine if it happened at 80 mph on an interstate) The dealership reproduced the issue and fixed it. The dealership also stated that several models of Hyundai using the same fuel injectors had come in with the same failures.(10+ cars) Not all on the same cyclinder either. My vehicle has only been inspected by the dealership at this time. There were no warnings leading up to the failure. ****Full Story**** I was driving at about 40 mph through town and experienced total loss of drive power. The vehicle had electric, but little to no response from the gas pedal. I manged to limp the vehicle about 200 yards to a stop light. The rpms dropped to under 300 and the engine began to idle very rough. I shut the car off while at the red

light to save it from any potential internal damage. When the light turned green, I almost could not get the car to start and stay running. There was a very strong gas smell at this point, which I had assumed was coming from the engine. I had to put the gas pedal to the floor to keep it running and ride the brakes through the intersection to not hit the vehicle in front of me. After getting through the intersection, I limped it into the parking lot on the other side. This is when I noticed the check engine light had come on. There was no leaking fluids under the hood or the car. I had the vehicle towed to the nearest Hyundai dealership."

- NHTSA Complaint No. 11590478, May 23, 2024 (2021 Hyundai Santa Fe): "When I press the pedal to acelérate it has no power to move on drive or reverse and other problem power off when I drive on the road."

- NHTSA Complaint No. 11594317, June 14, 2024 (2023 Hyundai Sonata): "On two separate occasions, one at @9500 miles and the next at @19,000 miles the car engine started shaking and lost all power while driving. Unable to steer car. Both times towed to dealer and they say it needs new spark plugs and need to clean cylinders. They do not know root cause of problem and have not done any testing of the engine, no leak/compression testing. Dealer refuses to cover cost of repairs saying out of warranty but cannot give any assurances this won't happen again. I've requested they contact Hyundai engineers to find out what's causing this and, to date, they've done nothing. Vehicle is unsafe to drive and is still at dealership with no reason to underlying issue."

- NHTSA Complaint No. 11598248, July 2, 2024 (2022 Hyundai Santa Fe): "On Monday nite returning Tuesday Morning I was coming home from work and I noticed my engine light is on and car is not running properly. I had to drive slower than normal at 12:30 AM I can usually drive the expressway but I am glad I didn't .I live in Detroit Mi My employer which is Amazon is located in Romulus Michigan so I took [XXX] to [XXX] that when I notice my automobile was not driving as usual so I pull over and I notice my check engine light was on so I restarted my car several and it still was on so I Prayed and drove slow all the way home Thank God I made safely my auto have 7100 miles on it I had one oil change the next one is due at 10,000 miles. So the next morning I was at dealership when it opened and met with the manager at Lafountain Hyundai on Telegraph in Dearborn Mi He tried to diagnose my car and showed but it didn't work so he told me to take it to Lafountain Dealership in Livonia I arrived and they told me their were backed for three weeks And couldn't get a appt and when I do I will have to

leave like everyone else and I saw all those cars mine just sitting so I ask the reception and she had no answer after I explain so I tried Hyundai Corporate office no answer so I been read all the trouble shooting information but that wouldn't help because is slipping so I came home and back on the internet and began reading other comment. I can't leave my car I need to go to work how am going there buses do run out there and I don't have any other Transportation so my car will just until someone helps me Thank you for excepting my complaint please help me I am losing money how can I pay for my car with no money."

- NHTSA Complaint No. 11599879, July 7, 2024 (2022 Hyundai Tucson): "A faulty fuel injector caused my Tuscon to lose all acceleration while I was in the passing lane of a 4-lane highway going 75mpg. A check engine light came on and it just bricked itself. I had to glide through 3 lanes almost causing a wreck. We were on a family vacation with our [XXX] daughter in the back seat and we had to wait over 2 hours in the blazing heat for a tow. The dealership said there is a known problem with the fuel injectors in these SUVs. I can't believe there isn't yet a recall for these fuel injectors. I'm concerned someone is going to get hurt because of this very fixable problem."

- NHTSA Complaint No. 11600264, July 7, 2024 (2022 Hyundai Tucson): "Fuel injector failure on 02/2024. Fuel injector failure on 06/2024. Both times car lost power and started shaking. Hyundai service center will only replace one at a time. Car only has 28k miles."

- NHTSA Complaint No. 11600264, July 8, 2024 (2022 Hyundai Tucson): "Fuel injector went out in the middle of highway and vehicle had to be towed after vehicle starting shaking and couldn't drive above 25 miles per hour. This is a known issue by Hyundai in 2022 Hyundai Tucson."

- NHTSA Complaint No. 11600331, July 9, 2024 (2022 Hyundai Tucson): "I was merging on the highway when the car bucked and the check engine light came on. I couldn't drive over 20 mph without the car shaking. I pulled over and had the car towed. The issue was a faulty fuel injector. It was replaced under warranty. I am worried reading online about this problem happening again. My family has owned 4 Hyundais and I'm starting to loose faith in their reliability. This really needs to be recalled."

- NHTSA Complaint No. 11602908, July 17, 2024 (2022 Hyundai Tucson): "The first incident was on 5/27/24 when I was traveling about 45 mph. The

CLASS ACTION COMPLAINT

check engine light came on and the car started to shimmy and shake when I pressed the gas. Error code came up on the screen for P0304, injector #4 was bad. Had the vehicle towed to the closest dealer for warranty repair and was told this is a known issue but no recall has been placed. Then on 7/16/24, same thing happened while traveling out of town. Hyundai app was down so couldn't get an error code. Again had the vehicle towed to a dealer and this code was P0302, #2 injector was bad. Obviously there is a serious issue that needs to be addressed. Need to know if this is a permanent fix or if the other 2 will go out soon. I attached a photo of this report and can also get a copy of the one from May as needed."

- NHTSA Complaint No. 11603481, July 19, 2024 (2021 Hyundai Sonata): "I have been to the dealership on three separate occasions due to the engine misfiring. Two ignition coils have been replaced so far and I recently returned to the dealership for the same issue. This time however, not only did the engine light come on but I went from a full tank to less than a quarter of a tank and the engine is making backfiring sounds. At that time the dealership said that they could not recreate the issue, I got my oil changed and went home. That was a week ago, I am back at the dealership today for the same thing; fuel dumping and backfiring sounds. While at the dealership today it turns out those backfiring noises were the fuel tank expanding so much so that it kept popping the seat up. They deemed the car unsafe to drive and it is currently at the dealership."

- NHTSA Complaint No. 11603350, July 19, 2024 (2023 Hyundai Sonata): "I was driving on the interstate at interstate speeds and the car started to lose power. I was able to steer the car to a safe location and call roadside assistance. It appears that the engine control system had a failure in one of the control modules. The problem was reproduced at the time that I dropped the car off with the service center. The history of the issues for the vehicle are available. My safety was put at risk because the car lost power at high speed and I was only able to limp to a safe location. No warning lights happened until the issue was already taking place. After being notified by my Hyundai app, I was able to discover that the vehicle had a history of having this code (I have only owned the car for 32 days)

- NHTSA Complaint No. 11604047, July 23, 2024 (2022 Hyundai Sonata): "My car has been experiencing air defects when it would randomly stop working. Last month my car air stopped working after I picked my pet up from the groomers and all together on the service road my car shut down. After being towed to Hyundai dealership I was being demanded that I ride

on E and that it could've been my fuel injector. After realizing it was not that they claimed it was a failed fuel pump. After paying and recording my car back not even 8 hours later my car would not turn over again with no air causing me to get towed a second time. The dealership couldn't diagnose what's wrong with my car so they tried to throw false accusations as to my old gas can that stays in my truck that the smell of gas is the reason why they can't properly diagnose my car. After getting my car back and driving it home, after turning it off and back in case duplicated the same problems with me. Wouldn't turn over or produce air. Dealership refuse to comment on the paperwork if the problems they ran into but rather called me. After keeping my car a week to drive it the problem didn't duplicate. I've had my car for about 3 weeks now and the air still give me problems and don't want to come on every now And then"

- NHTSA Complaint No. 11604901, July 27, 2024 (2022 Hyundai Tucson): "On 5/27/24, my check engine light came on and the vehicle stayed to shimmy and shake each time I would press on the gas. Had the vehicle towed to the dealer for the #4 fuel injector assembly to be replaced. The same thing happened on 7/16/24 while traveling out of state. I was traveling on a highway and had to keep my emergency flashers on as I tried to coax the car to the next exit. Couldn't go above 25-30 mph. Had vehicle towed to a dealer for the #2 fuel injector assembly to be replaced. Now I am again without a vehicle because on 7/26/24, the same thing happened and I was told it is the #1 fuel injector. I was told by 2 different dealers that this is a known Hyundai Tucson issue but they are only allowed to replace what is coming up with an error code. They are not permitted to change all of the assemblies at one time, even though it would save them and Hyundai Corporate quite a bit of money in the long term. They've now paid to tow my car 3 times, paid workers 3 times the amount of money to replace what could've and should've been done the first time. The dealer was going to try to get the #3 assembly replaced now but there is no guarantee. I'm afraid that I'll have to be back there in another week or two for the last one. This is a serious issue that is not being addressed."

- NHTSA Complaint No. 11605304, July 30, 2024 (2022 Hyundai Santa Cruz): "On 6/22/24 I had issues with my car not picking up speed and shaking while driving a major freeway. The same day I had an issues starting the car. When it finally started the engine light came on with a notice on my screen. Dealership replaced fuel injector. Stating that was the problem. Again, on 7/27/24 the same issues happened. Another fuel injector replaced by dealship. The car is 2 and half years old, under 30,000 miles. 2 of my fuel

43

injector have been replaced. I do not feel safe for other drivers and myself driving the freeway with the hyundai santa cruz. Due to the fuel injectors that randomly keeps giving out. They replace 1 at a time. I feel like hyundai is waiting for a big accident before they replaced all of them. There are multiple complaints that I have seen regarding this problem. They need to be investigated thoroughly, people's lives are in danger. I don't know much about vehicles, but if a car continues to stall, vibrate and stop at anytime it will cause an accident."

- NHTSA Complaint No. 11606653, August 5, 2024 (2022 Hyundai Tucson): "Fuel injector failure in fuel injector #2 Hyundai is aware of the issue and has a technical service bulletin. Hyundai only replaced the one fuel injector in November of 2023. July of 2024 failure in fuel injector #3 and they are now replacing all remaining fuel injectors. I have opened up a complaint with corporate Hyundai and I'm awaiting a response. This failure caused my engine to misfire and a loss in acceleration causing the car to be unsafe to drive."

- NHTSA Complaint No. 11606651, August 5, 2024 (2022 Hyundai Tucson): "Fuel injector failure in fuel injector #2 Hyundai is aware of the issue and has a technical service bulletin. Hyundai only replaced the one fuel injector in November of 2023. July of 2024 failure in fuel injector #3 and they are now replacing all remaining fuel injectors. I have opened up a complaint with corporate Hyundai and I'm awaiting a response. This failure caused my engine to misfire and a loss in acceleration causing the car to be unsafe to drive."

- NHTSA Complaint No. 11607128, August 7, 2024 (2022 Hyundai Tucson): "Fuel injectors have failed three times now. Each time they have replaced a single injector and told me the issue is fixed. Once one is fixed, the other goes shortly after. The vehicle enters limp mode with a check engine light, making it extremely dangerous to try and drive the vehicle, especially on entering the highways. The problem has been confirmed by the dealership, and TSB 23-FL-002H-1 shows they are aware of the issue. I have not had it inspected by the manufacturer (other than technicians at the dealership) or any other entity. This issue has happened twice this year, once in March, and this July as well."

- NHTSA Complaint No. 11607286, August 8, 2024 (2022 Hyundai Santa Fe): "The contact owns a 2022 Hyundai Santa Fe. The contact stated that on two occasions while driving at approximately 25 MPH, the vehicle lost

motive power. On the second occasion, the vehicle was steered to the side of the road and restarted. The vehicle was taken to a dealer where the failure was not able to be replicated. The manufacturer was notified of the failure. The failure mileage was approximately 10,000."

- NHTSA Complaint No. 11607504, August 9, 2024 (2022 Hyundai Tucson): "The contact owns a 2022 Hyundai Tucson. The contact stated that while his daughter was driving approximately 65 MPH, the check engine warning light illuminated and the vehicle began to vibrate, lose motive power, and then stalled. The vehicle was towed to the local dealer who diagnosed that cylinder #4 fuel injector had failed. The fuel injector was replaced; however, the same failure occurred with fuel injector #3. The vehicle was not yet repaired. The manufacturer was not yet contacted. The failure mileage was 34,219."

- NHTSA Complaint No. 11607751, August 10, 2024 (2022 Hyundai Tucson): "Twice in 2 months the fuel injectors have went out on my vehicle. It causes the car to start shaking uncontrollably and lose power when hitting the gas almost causing a crash. First injector was injector 3 May 2024 and today 8/10/24 injector 4 went out."

- NHTSA Complaint No. 11607997, August 12, 2024 (2022 Hyundai Tucson): "2022 Hyundai Tucson with repeated check engine light and vehicle losing power. Vehicle losing power and inability to exceed speeds of 15 mph with vehicle shaking, knocking, and pedals shaking. No warning that this was going to occur until vehicle becomes unsafe to drive. This has happened twice and one of which was on a high way which created an incredibly unsafe situation. First time diagnostic code was P0303 which was a cylinder 3 misfire and second time - less than 4 months later- diagnostic code was a P0302 cylinder 2 misfire. Hyundai only repairs one injector at a time; refusing to do all 4 despite being a heavily documented issue on this make/model. This would be able to be confirmed by request. This was also confirmed both times by two separate independent service centers. Vehicle has about 25,000 miles on it and has had 3 check engine lights over the past 3 years of owning- it was bought new. The first time was 2 days of owning and it was a bad IAT that resulted in engine stalling once again. All 3 times the car was unable to be driven and created substantial safety concerns with inability to drive."

- NHTSA Complaint No. 11608192, August 13, 2024 (2022 Hyundai Tucson): "Car lost power as I was entering fast traffic area. Acceleration

45

became unresponsive and vehicle came to halt. Would not move there after. Had it occurred a few seconds later I would've found myself unable to accelerate in an acceleration lane, or shortly after merging potentially causing injury to myself and others. After getting the issue diagnosed by Hyundai it is apparently a faulty fuel injectors. Researching online, this appears to be a known problem for the 2022 Hyundai Tucson with many claiming they were left stranded on highways, at intersections and during snow fall. In general this issue makes owners fearful to drive their cars. Apparently, this may be caused by a bad batch of injectors but to my knowledge Hyundai only replaces known bad injectors instead of replacing all injectors from the faulty batch. Due to this many experience multiple failures in short periods in short periods of time, increasing risk of safety incidents. My vehicle's failed at approximately 22k miles but others have reported failures much sooner."

- NHTSA Complaint No. 11608595, August 14, 2024 (2022 Hyundai Tucson): "On August 13, 2024, while merging onto the freeway with a driving speed of around 45mph, my car suddenly lost acceleration and started shaking. Seconds later, the "check engine" warning indicator light came on as well. I slowly got off the freeway still without acceleration power and found a safe place to park the car. I contacted Hyundai Roadside Assistance to request a towing service to the Hyundai dealer. I left the car at the dealer overnight and contacted the Service Advisor the next day. The Service Advisor stated that one of the fuel injectors was defective and will be replaced under the warranty. After researching online, defective fuel injectors for my car are a well known issue from the public and Hyundai service departments (2 related TSBs were issued in October 2022 and March 2023). Incredulously, per the Service Advisor, Hyundai will only replace the defective fuel injector one at a time. NHTSA should demand Hyundai to recall all affected vehicles listed in the TSBs to replace all fuel injectors at the same time (defective or not) to prevent another sudden acceleration power loss, which may cause a major traffic accident and great bodily harm."

- NHTSA Complaint No. 11609577, August 19, 2024 (2022 Hyundai Tucson): "My service advisor said that another fuel injector would probably go out but it wouldnt be covered under warranty until the car stalled. I am planning to move to Idaho from Texas for college so I spent $840 for new fuel injectors. The engine was pulsating and lost power multiple times. Definitely not what I was expecting to spend on a 2 year old car."

46

- NHTSA Complaint No. 11609412, August 19, 2024 (2022 Hyundai Tucson): "Vehicle suddenly unable to accelerate. Engine shuddered & produced a burning smell until we could safely pull over. Towed to dealership where diagnostics showed faulty fuel injector & they replaced 1 GDI fuel injector per TSB 23-FL-002H-1."

- NHTSA Complaint No. 11609903, August 21, 2024 (2022 Hyundai Tucson): "(2) fuel injectors failed while driving on the highway. This is a know issue with Hyundai, but no recall has been issued. The warranty would have covered it up to 60k miles. My odometer was at 60,232."

- NHTSA Complaint No. 11610696, August 25, 2024 (2022 Hyundai Santa Fe): "Middle of May 2024 car begins to feel like it's shifting when accelerating and stopping. Nothing found by Hyundai Service Dept. Lakeland. On apx. [XXX] while driving stepped on gas pedal and felt no power. Kept pumping the pedal & car started jerking. Managed to get to light and get in left lane to turn into plaza honking horn. Car slid to a stop at entrance. On apx. [XXX] my husband was driving home and same thing happened. Managed to slide car into our driveway. Both times the car had to be towed to dealership. Two fuel injectors have been changed and when I asked them to change other two they said warranty would not allow. Worst case scenario is if this happens on the interstate traveling at 75 miles per hour. Not only could we be killed but others. Both times there was no warning lights or any other warning. The car just started jerking and lost power. It can very well cause a car to rear end us and a multiple car chain reaction hurting or worse killing others. I am filled with anxiety every time I take the car out for errands. I also saw a similar incident reported in the Better Business Bureau here in Tampa by another person. I reported my incident to Hyundai Corporation by phone and email and asked the rep to reported it to her superiors to see if they could just please let the dealership replace my other two fuel injectors & I was told they could do nothing. The dealership has told me several times the injectors must fail before they can replace. Apparently, the cost of the injectors is more than someone's life."

- NHTSA Complaint No. 11611219, August 27, 2024 (2022 Hyundai Santa Cruz): "2022 Hyundai Santa Cruz began shaking on the interstate and showing a check engine light on the dash. After pulling off the road to a nearby auto parts store, the ODB reader showed a DTC of P0301, which is a misfiring cylinder. A independent mechanic across the street from the auto parts store diagnosed the issue as a leaking fuel injector, but in order to get the repair cost covered, the vehicle had to be towed to a Hyundai dealership.

Case No.                                                                CLASS ACTION COMPLAINT

The dealership did not have any loaner vehicles to offer and estimated 1-2 weeks to even officially diagnose the vehicle themselves. 2 weeks later, the dealership is estimating another 2-3 weeks or more, and Hyundai corporate will not approve any reimbursement for the out-of-pocket costs of hotel, towing, Uber, and rental until diagnosis AND repair is complete, which could be an unknown period of time."

- NHTSA Complaint No. 11611742, August 30, 2024 (2022 Hyundai Tucson): "I had 2 fuel injectors fail on my car within a 3 week period. The car is only 2.5 yrs old and has 48,500mi on it Both instances where when I was on a highway. I had the 1st fuel injector fail on [XXX] and then the 2nd one failed about 3 weeks later on [XXX]. When the 2nd fuel injector failed, I was barely able to drive the car to a safe place to get it towed. I spoke with a Hyundai Corp case worker and I asked why they didn't just replace the remaining 2 fuel injectors. Her response was that they don't replace them when they fail. I now have a 2 year old car that I am afraid to drive because I never know where or when It will leave me stranded. "

- NHTSA Complaint No. 11614018, September 11, 2024 (2023 Hyundai Sonata): "On 3 separate occasions the vehicle decelerated, lights flickered and stated to produce a burning smell through the engine. Each time the car would not allow me to accelerate and eventually stalled out. The car would no immediately start. After a few minutes it would start but not accelerate. After about 30 minutes it would start and would drive about 5-15 mph, enough to get me to my location. On the first occasion I was coming home late in the evening after working a 12 hour shift and had to have a family member get me after being stranded by the side of the road. The second time I was taking my 4 to son to his planned surgery in a bigger city and it broke down on the way. It was not safe driving in the city barely being able to excel but we did it for my son. The third time I was in a larger time in traffic and missed an appointment as I tried to stear my decelerating vehicle out of multiple lanes of traffic to a safe location. I could not use the air conditioner while I attempted to let it rest in 100°+ heat. Each time the lights would flicker and dim. There would be a smoke from the exhaust. After the first 2 occurrences we took it to the dealership but they were not able to replicate the problem or identify a causative code. During the last occurrence we were able to get it to the dealership very slowly and they deemed it to be the fuel injector malfunctioning. This was fixed after about a week or so of being in the shop . About a week or two after the fuel injector was fixed the check engine light came on. We took it back into the service department and they "reset" the system thinking it was an error. The light came back on in less

than 24 hours. The vehicle has been running a little harder, not as fast or responsive as normal. A service/evaluation date was scheduled and the code was checked indicating it was likely the catalytic converter. We scheduled another service appointment once the part was in which is 2 weeks from the evaluation appointment."

- NHTSA Complaint No. 11614306, September 12, 2024 (2022 Hyundai Santa Cruz): "2022 Hyundai Santa Cruz Limited 29K miles bought in March at CarMax. I had 6/8 fuel injectors replaced under warranty but it took MONTHS and 5 trips to the dealer. I first had an issue with cold starting the engine and I got a cylinder 3 misfire code, and the first time I dropped it off in April they said they could not repro and sent me home...and then the story got worse.... May 10, 2024 I dropped off the vehicle for a second time due to an intermittent issue with rough cold starts and check engine light. May 24, 2024 All 4 of the high pressure fuel injectors were replaced and I was able to take home the vehicle after two weeks. May 25, 2024 one day later, after the repairs were made, another check engine light DTC P23F5F0 came on while driving the vehicle. May 29, 2024 I dropped off the vehicle due to DTC P23F5F0 as reported by Bluelink . May 31, 2024 The DTC was cleared from the system after a brief diagnosis and I was sent home with the vehicle with no repairs being done. June 1, 2024 One day after I picked it up, DTC P23F5F0 showed up again for me on the Santa Cruz. June 2nd, 2024 I dropped it off for this DTC for the second time. They drove it 250 miles and could not get the light to come back on. July 12, 2024 They released the vehicle over one month later, doing nothing but clearing the light, citing that they needed to replicate the issue for Hyundai corporate to pay for a repair. July 13th 2024, the day after I picked it up for this DTC the second time, the same malfunction indicator DTC 23F5F0 light came back on for me. I finally got the vehicle back in August after they replaced 2 of the low pressure fuel injectors. I've heard from others that failing fuel injectors can cause catastrophic failures on the highway."

- NHTSA Complaint No. 11614738, September 15, 2024 (2022 Hyundai Santa Cruz): "- What component or system failed or malfunctioned: Code P019185 main fuel rail pressure regulator sensor. -Is it available for inspection upon request? Yes -How was your safety or the safety of others put at risk? At highway speeds, sudden lose of power and speed. Unable to accelerate. -Has the problem been reproduced or confirmed by a dealer or independent service center? No, happens randomly, vehicle has to be shut down and restarted to resolve problem. -Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others?

49

No -Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? No warning, shortly after purchase and several time after purchase to date."

- NHTSA Complaint No. 11615515, September 19, 2024 (2023 Hyundai Sonata): "My name is [XXX] , and I am the frustrated owner of a 2023 Hyundai Sonata SEL. For context, I am a [XXX] woman who had never experienced the frightening event of a "brand new" car breaking down— until now. I am still in shock and trembling from the experience I had with my "new" 2023 Hyundai Sonata on the morning of [XXX]. At 9:30 a.m., I was driving on [XXX] . I was driving the speed limit (55 mph) and cruising along when, all of a sudden, as I went to accelerate, my vehicle instead began decelerating rapidly. I pressed the gas pedal, thinking I might have let up too much or accidentally had my foot on the brake. However, pressing the gas only caused the RPM to spike, with no change in my speed. I had to act quickly, paying close attention to the surrounding traffic as my car slowed down. Thankfully, I managed to maneuver from the far-left lane to the shoulder of the highway. My speed had dropped to around 30 mph and was decreasing. Trying to safely navigate a slowing vehicle on a highway filled with traffic is an adrenaline rush I wouldn't wish on anyone. I was in a state of severe panic. As I steered the car onto the shoulder, I noticed it was shaking and struggling to move forward. White smoke was also coming from the exhaust. Once safely stopped, I put the car in park and turned off the engine to let it cool down. After a few minutes, I restarted it and noticed the engine, oil, and battery indicators were all illuminated on the dashboard. My first thought was a battery issue, but the car was still able to turn on. However, the engine did not start. A notification appeared, stating the car was not in a condition to be driven. After receiving the car back from the Hyundai Dealer I was notified that the issue was due to fuel injectors failing."

- NHTSA Complaint No. 11615489, September 19, 2024 (2022 Hyundai Tucson): "I was driving on the highway, and at roughly 55 MPH, the vehicle suddenly lost power; it seemed to regain function momentarily, and then the check engine light went on, and then the vehicle shut down. The vehicle was then rolling. Thankfully I was able to throw hazards on quick enough and the vehicles around me were alert enough not to collide into my vehicle and I was able to get the vehicle over to the shoulder before the lost momentum. The vehicle was then towed to the nearest Hyundai dealership. The dealership informed me that the engine produced code P030200, meaning

that the fuel injector on Cylinder 2 had failed. They were able to replace it. The vehicle was at 24188 miles at the time."

- NHTSA Complaint No. 11615494, September 19, 2024 (2022 Hyundai Tucson): "I had gone out with my vehicle for an errand, and it was running fine. When I finished, I came back into the vehicle and started it up, and it was shaking tremendously on startup. I turned off the car, started it back on, and it started fine. I got about 300 feet from where I was going, not even ten mph, and the vehicle started shaking the same as minutes before; this time, a check engine light came on. I immediately parked it in a safe spot and called for Roadside Assistance. The dealership that serviced the vehicle informed me the DTC code was P030400, meaning the Fuel Injector for Cylinder 4 had failed. It was luckily replaced promptly. This was the second GDI Injector that had been replaced on the vehicle. Unfortunately, I was told there was a service bulletin on the problem and that the dealership was seeing a lot of this problem. I contacted Hyundai Motors America directly to try proactively to get the remaining two injectors replaced. Still, I was told that because there was no current issue with the injectors, they would be unable to provide any assistance proactively. The vehicle had 35645 miles on the motor when this incident occurred."

- NHTSA Complaint No. 11615504, September 19, 2024 (2022 Hyundai Tucson): "I was driving the car home on 8/20/24 at roughly 50 MPH, and I felt this brief bucking motion with the vehicle and a loss of power to the motor. The vehicle did not fully shut down and continued to drive, but it struggled when trying to accelerate. When I got home, I checked the Engine code through MyHyundai, which showed code P219CF0. I reached out to the dealership, leaving multiple voicemails, and after over a week of trying to get them on the phone, I went in person and scheduled an appointment for them to service the vehicle on 8/28. They were not able to see the vehicle until 9/3/24, and after talking with the service manager and reviewing my car history, they were confident it was another injector; he was ordering the parts because he said he didn't have any, and it would take a bit to get them. The car went in on 9/3 as planned, and they called to confirm that Cylinder 1 had an Air-Fuel Ratio imbalance and that the GDI Injector had failed. They had gotten in the injector but did not have the High Press Pipe needed to go along with it, and they would have the pipe in by 9/6. I'm unsure when the pipe arrived, but I called in mid-afternoon on 9/9/24, and they were wrapping up my vehicle and that it would be ready shortly. They performed the standard 34-point inspection on the vehicle and did not find further issues. I reached back out to Hyundai Motors America as I had reached out to them

after my second Injector failed; at the time, they were unwilling to replace the remaining injectors proactively. I've now opened my second case with Hyundai Motors America. I am communicating through email now, and I do not believe Hyundai is willing to replace the final fuel injector proactively, even though the vehicle only has one original injector remaining, and based on the bulletin Hyundai has out, the chances are pretty good it will soon fail too."

- NHTSA Complaint No. 11615408, September 19, 2024 (2022 Hyundai Tucson): "Fuel injector failure. UTC code PO030300 detected at 27500 miles. Car is shaky and loss of power in idle. Code showing on infortainment screen. Taken to dealership on 9/17/24 with appointment and vehicle was not "diagnosed" until 9/19/24. From loss of power, with children in car it is a safety issue."

- NHTSA Complaint No. 11616434, September 25, 2024 (2022 Hyundai Tucson): "Fuel Injector went out while I was driving to work approximately 5,000 miles later, I was driving home from work and another fuel injector went out. Both times I had to have my car towed to the dealership. They said that was a recall on fuel injector but only could fix the one that went out each time. I am nervous about the next time it goes out. Where will I be and will it be dark and unsafe. I have been a loyal Hyundai car owner. I am now thinking about not purchasing another Hyundai and selling my Tuscon. Customer service and making sure customers are placed in a safe car at all times is very important. Hyundai failed this time."

- NHTSA Complaint No. 11618317, October 6, 2024 (2022 Hyundai Tucson): "I am dealing with my 3rd clogged fuel injector. My car lost power, starting shaking and wouldn't accelerate. The engine light went on when it happened, not before. The first time I was on the highway, second time on a major thoroughfare. Not places where I could just pull over. Very scary. I got the first one fixed in 2023. This happened again a year later with a different fuel injector. I just got my car back 2 weeks ago and it is doing it again. I will have it towed but NOT to the dealer this time. They told me it wasn't a problem with this car, until I called them out on it. Then she said she misunderstood. They are well aware of the problem. I can't believe the dealer because they aren't upfront about the problem. They didn't even give me the paperwork this second time, just a receipt. I when I get this third one fixed, I will never be comfortable driving it"

- NHTSA Complaint No. 11618592, October 7, 2024 (2022 Hyundai Tucson): "Fuel injector failure while driving at highway speeds to only have the car lose power and becoming a danger while attempting to get off the highway. The fuel injectors are a regular problem with this year, make, and model vehicle. The warning lamps didn't come on until after loss of power. This is the second time that this has happened. First time was on July 12,2024."

- NHTSA Complaint No. 11618968, October 9, 2024 (2023 Hyundai Sonata): "While driving on the country side, my car engine stopped providing power to the car and started making some noise. The engine rpm would fluctuate and increase due to downshifting but there was no power. Luckily, the car had some speed around 50 mph, the road was slightly downhill and nobody was behind, managed to coast to a gas station half a mile away. The engine shut itself off after the car stopped. I was able to restart the car but it would shut itself off within 2 seconds of restart. Car was towed to the dealership and I was told that it had a faulty injector. The injector was replaced a week later and I received my car back later."

- NHTSA Complaint No. 11619146, October 10, 2024 (2023 Hyundai Tucson): "I purchased the car in December of 2022 and within the first few months, it would shut down on the interstate. After a few minutes, it would crank back up and be fine. I immediately took it to the dealership (authorized Hyundai dealer) and they could not find an issue. A couple months later, it did it again. Again, I took it to the dealer, they didn't find anything, and I took it home. After a year, it stopped and would not start back up for a long time. I was stranded at a gas station for over an hour. I finally got it to crank, took it in, and they said they fixed a faulty fuel injector. Now it's October 2024 and it is back at the dealer because last week it left me stranded on the side of the interstate at night for a few hours. Again, they are replacing 2 fuel injectors."

- NHTSA Complaint No. 11619627, October 14, 2024 (2023 Hyundai Tucson): "This vehicle has been taken in on four separate occasions now to have know faulty fuel injectors replaced. All dealer service people acknowledge this is a know defect, all tow truck drivers have also confirmed the same, as well as thousands of people online. Huandai has not issued a recall. When the injectors go out, the car dies and will not accelerate and then leaves me stranded on the side of the road. This happens with little to no warning so is extremely dangerous. Do people have to die to make this a safety recall?"

- NHTSA Complaint No. 11619968, October 15, 2024 (2022 Hyundai Tucson): "At 37,430 mileage while driving on the interstate our vehicle check engine light came on, shortly after, our vehicle began to shake, and would stall if our RPM fell below 2000, placing us at a serious safety risk of breaking down and causing an accident on the interstate driving 80 mph. We were 290 miles from the nearest Hyundai service department, and managed to make it without breaking down. After inspecting our vehicle, the service department reported that our fuel injector for cylinder two needed replacing, but that it would take 3 business days to order the part, leaving us stranded 1600 miles from home for 6 days in total. On our way back home, at around 38,800 mileage, our check engine light came back on and are car began to shake and stall if our RPM fell below 2000 (same as before) while driving on the interstate. We were 140 miles from the nearest Hyundai service department and still 800 miles from home, leaving us stranded once again. The service department replaced our fuel injector for cylinder 1, and confirmed that this is a known issue for the 2022 Hyundai Tucson, but that Hyundai refuses to replace the fuel injectors until they go bad. This is extremely unsafe, and we still have two fuel injectors that will likely need replacing."

- NHTSA Complaint No. 11622113, October 26, 2024 (2022 Hyundai Tucson): "Here we go again. Last time the #3 fuel injector failed while driving on the freeway. Car started shaking and lost acceleration with "check engine" warning light on. Two months later, #2 fuel injector failed while driving on the street with same symptoms as last time. Fortunately, both incidents did not cause any accident but was terrifying. I requested the Hyundai service dealer replace the remaining fuel injectors and again, was informed that Hyundai will only authorize them to replace a defective injector when it's failed. I do not understand Hyundai's logical thinking. Hyundai is fully aware of this issue and have already sent out TSBs. Are they waiting for someone to be in an accident and have major bodily injury caused by defective fuel injectors before taking this matter seriously? I will also address this matter to Hyundai Corporation for a response."

- NHTSA Complaint No. 11622083, October 26, 2024 (2023 Hyundai Tucson): "While traveling out of town, our 2023 Tuscon HEV with 31,000k started chugging/hesitating during acceleration. This chugging continued to worsen, so we took it to a Hyundai dealership to diagnose. We were told that fuel injector #3 was misfiring, and, as they did not have the parts in stock, that it would be safe to make the 5 hour drive back home to service the vehicle. During the first 4 hours of the drive the chugging/hesitating

worsened, several times suddenly losing power and speed dropping from 70 or so mpg, to 40 mpg and lower, creating extremely harrowing and dangerous conditions from the higher speed drivers behind and around us on the highway. During the last hour of the drive, the vehicle started making a screeching sound, and emitting a burning smell, and chugging so convulsively that we made an emergency detour to drop it at the closest Hyundai dealership. The second dealership said that they could not use the 1st dealerships diagnosis, and that they would need to do their own assessment. Almost 2 weeks later, we were informed that the vehicle was fixed and that issue was a cracked tensioner belt and that likely is what set off the other code(s), including the fuel injector code. Upon picking up the vehicle we discovered that the same chugging issue was still occurring and returned it to dealership #2. They ran another diagnostic and determined that fuel injector #3 needed to be replaced-the issue that dealership #1 originally diagnosed. We were also told that, the problem is with the outsourced company that makes the fuel injectors, and that this is a recurring issue with the other injectors. Unfortunately, Hyundai has yet to take responsibility and save its customers a lot of inconvenience and safety concerns, by allowing dealerships to go ahead and replace all of the fuel injectors at once when the 1st one goes bad."

- NHTSA Complaint No. 11623669, November 5, 2024 (2023 Hyundai Sonata): "Fuel injection systems failed At 5000 miles cell 2 At 15000 miles cell 3 Under warranty but although tech said other two would fail prematurely Hyundai would not replace cell one and 4 As these failures happen suddenly without warning while driving I feel this is a serious safety hazard"

- NHTSA Complaint No. 11623629, November 5, 2024 (2022 Hyundai Santa Fe): "The contact owns a 2022 Hyundai Santa Fe. The contact stated that while driving at an undisclosed speed, the check engine warning light was illuminated. The vehicle was taken to the local dealer, where it was diagnosed. The dealer replaced the high pressure fuel injector pipe, the Gasoline Direct Injection(GDI) fuel injector on cylinder 3, the high pressure fuel pipe, the combustion seal ring, the K bolt, and other unknown parts. The vehicle was repaired under warranty. The manufacturer was made aware of the failure. The failure mileage was approximately 50,000."

- NHTSA Complaint No. 11623996, November 7, 2024 (2022 Hyundai Tucson): "Running lean on bank 1-Dealership states it is a bad fuel injector on cylinder 1says it is not covered under 100,000 mile warranty. Vehicle

Case No.                                                    CLASS ACTION COMPLAINT

currently at 80,000 mile. Radio in vehicle is restarting itself and not shutting off when car is turned off. Radio does not respond to commands such as volume adjustment. Dealership performed software update, but it did not work."

- NHTSA Complaint No. 11624610, November 11, 2024 (2022 Hyundai Tucson): "2 months ago our engine control system warning light came on with a great decrease in speed while driving on the freeway. Brought to Hyundai dealership and was determined that fuel injector 1 misfired and needed replacement. Just last week exact same issue in fuel injector 4 occurred. They admitted issues with 2022 Tuscon injectors but won't replace until they fail as no recall. This is a massive safety issue as can be driving at a high rate of speed and speed slows immediately."

- NHTSA Complaint No. 11625870, November 18, 2024 (2022 Hyundai Tucson): "This 2022 Hyundai Tucson stalled in the middle of a busy highway with my wife in the vehicle. The car suddenly stalled while going 75mph and she was almost killed and got rear ended. Later we were informed by the dealership that there is a inherent issue with the fuel injection system on these vehicles and the fuel injector has gone bad. These people only replaced the faulty injector. Two months back another injector went bad and then i researched and found this is a bad engineering issue. Now Hyundai is trying to hide behind the veil of Texas Leamon law and is not taking any responsibility or buying back the vehicle. Hyundai forums are full of this problem and many people avoided near death experience because of the stall. I can provide reditt and hyundai forum urls for reference if required."

- NHTSA Complaint No. 11628207, November 22, 2024 (2022 Hyundai Tucson): "The fuel injection system has failed 3 times now causing the car to become slow/sluggish while driving (sudden slow down and lurching). This is a known issue with the car per [XXX] . Each time, the dealer has stated it's a known issue that's not covered by warranty or recall. Each time, the technician has stated that they are unsure why it hasn't been recalled given the prevalence of the issue and the risk of causing an accident."

- NHTSA Complaint No. 11628049, November 30, 2024 (2023 Hyundai Tucson): "(1) [XXX] (14,568 mi): The vehicle had been running normally. My wife was about to switch lanes at an intersection when the vehicle started to shake and vibrate. The entire dashboard lit up and the vehicle quickly died. She tried restarting it and the engine wouldn't turn over. Anytime there was an attempt to restart, there was a potent odor of gasoline. The car died in the

56

middle of the road. It would sort of start but then it wouldn't move and would just shake and smell of gas. After many minutes of trying to start the vehicle, barely got power but was able to pull to side of road around other cars. Hyundai app reported codes: P030300 and P217800. Had car towed to local dealer. Picked the car up and next day spoke to the service manager who indicated there was a 20%-25% chance this would reoccur. He said there was nothing he could do as Hyundai would only cover the cost for the existing issue. The paperwork from the dealer shows it was a P0303 for cylinder 3 misfire and system too rich caused by leaking fuel injector for cylinder 3 (low pressure). [XXX] (14,702 mi) I was driving the car, in middle of an intersection and the vehicle started to vibrate and all lights on dash lit up (check engine, battery, etc.) and smell of gasoline. Car hesitated and wouldn't move. Died in intersection. Had to have 2 people help push me as I was dead in middle of road with people beeping and passing me. Got to side of road and couldn't get vehicle to start. No error codes on app this time, but all symptoms were exactly the same. Called for tow, different dealership due to location. Dealership indicated they would return it to us safe, but because of Hyundai policies, they can only work on the affected items. This is well documented by Hyundai owners of this problem and going by what the service manager of the first location told me, this is common to spread to other injectors. THIS IS UNSAFE! TWICE IN MIDDLE OF INTERSECTIONS! TWO MORE INJECTORS! SOMEONE IS GOING TO GET HURT!"

- NHTSA Complaint No. 11628207, December 2, 2024 (2022 Hyundai Tucson): "This is the 3rd time that my 2yr old Tuscon failed and had to be towed in a 4 month period. I was at a light and when it turned green, the vehicle barely moved when I pressed on the accelerator. I was only able to drive a few feet and pulled over and had to have it towed again. They are only replacing the fuel injectors as they fail!!"

- NHTSA Complaint No. 11628830, December 4, 2024 (2021 Hyundai Sonata): "This car has two problems. 2 weeks I was driving on the highway. All the sudden the shutoff and lost all power on the car. Thank god I pulled to the side of the road safely. Turned the car off and turned it back on. The car started to run normal. I took it to mechanic. They scanned the car with their computer. Said the car has no problems. Tested the battery and all other components. No problems found. This happened again yesterday on the highway driving. Car engine shuts off again. The car has engine problems as well. But Hyundai denies to address it."

Case No.                                                        CLASS ACTION COMPLAINT

- NHTSA Complaint No. 11630585, December 13, 2024 (2022 Hyundai Tucson): "Within the first year of purchase, my power train system has beeb throwing codes. I took it to the dealership where they assured me nothing was wrong. My fuel injectors then gave out. The dealership replaced them and told me "yes these things are faulty and we see it a lot". After replacing it, they did not seal the fuel injectors, causing gas to gush out and set my car to smoke. I was ill from inhaling gas fumes for days. They took accountability and said that the injectors were defective in the vehicles and that they would once again fix it. I am not experiencing further engine issues which they do not know how to diagnose. My car is a 2022 purchase from the lot. The engine is defective and Hyundai is negligent. They admitted they were aware of the injector issue but didn't do much to correct this. After corrected, they almost had my car set on fire from fuel pouring on the engine."

- NHTSA Complaint No. 11630934, December 16, 2024 (2022 Hyundai Tucson): "The contact owns a 2022 Hyundai Tucson. The contact stated while driving at various speeds, the vehicle lost motive power. The check engine, emissions, and other unknown warning lights were illuminated. The contact coasted to the side of the road and had the vehicle towed to the dealer. The contact stated that the failure had occurred 3 times within 10 months. The dealer diagnosed the vehicle with fuel injection system failure. The dealer replaced the fuel injector for the first time. The contact stated that after the second failure, the vehicle was taken to the dealer to be diagnosed. The contact stated that another fuel injector was replaced. The contact stated that the vehicle was diagnosed again after the third time and the contact was informed that the fuel injectors needed to be replaced; however, the were not yet repaired. The manufacturer was made aware of the failure and opened a case. The failure mileage was 28,000."

- NHTSA Complaint No. 11630937, December 16, 2024 (2023 Hyundai Sonata): "I bought the new car on 11/21/22. There have been two incidents with the same cause. Incident #1: On 1/25/23, while I was on a six lane highway with high speed traffic and rush hour level traffic, the car began to fail, with 'bucking', failure to respond to the gas pedal, loss of power, and difficulty steering. At that time, the check engine light also went on (it had not been on previous to the event starting). I was able to get the car off the highway, where it completely died - it would not move. It was towed. Mileage at this time was 1,330 miles - the car was 2 months old. It was diagnosed that "Cylinder #3 fuel injector is stuck open causing drivability issue". The likelihood that I would have been hit, by another car on that

multi-lane highway with cars at high speed, and hurt or even killed is extremely high, if not certain. I did not file a report with NHTSA about the first incident (I was not aware of this service.) Incident #2: On 12/7/24, while I was again on a six lane highway, high speed traffic, night darkness, rain, and rush hour level traffic, the car began to fail in the exact same way as in 2023, 'bucking', failure to respond to gas pedal, slowing, difficulty steering, etc. I was able to get off the highway before it completely 'died'. It was undriveable and had to be towed. There was no warning light prior to the event occurring. Mileage at the time was 21,091. The probability, considering the rain, the dark, and the fact that I was on a 'super highway', that I could have been hit, hurt or even killed is extremely high. The diagnosis was 'TSB indicated #3 Fuel Injector be replaced." I do not have any of the old fuel injectors. In addition, I routinely - multiple times a week - have small children in this car. These events could have happened when I had a carful of small children with me. My routine schedule means there was also the high probability of others being hurt.”

- NHTSA Complaint No. 11632444, December 26, 2024 (2022 Hyundai Santa Fe): “The contact owns a 2022 Hyundai Santa Fe. The contact stated that while driving on the highway at 80 MPH, the "power low" warning message was displayed, immediately after the contact vehicle proceeded to decrease in speed. The contact proceeded to pull over onto the side of the road to restart the vehicle. The vehicle was able to successfully restart, and the contact successfully drove to a local dealer where the vehicle was diagnosed however the failure could not be replicated. The vehicle was not repaired. The manufacturer was notified of the failure. The approximate failure mileage was 40,000.”

- NHTSA Complaint No. 11632905, December 28, 2024 (2023 Hyundai Sonata): “Twice within the first 26k miles i had 2 individual fuel injectors go bad. Both times my check engine light came on in the middle of driving, and then my car would no longer increase in speed and left me stranded on the road. Luckily, i was able to pull over to the side of the road. The random malfunction of the vehicle could've caused an accident or put my life, as well as the drivers on the road, in danger. When my vehicle arrived at the dealership, i was told that it was “because of the gas i was putting in my car”. I have never had any problems with any other vehicle when using the same gas, and have never heard of it from anyone else except from people with the same make and model as me. The dealership refused to replace the other 2 remaining fuel injectors because “they aren’t in need of repair” but acknowledged that I will just have to wait until the other 2 fuel injectors go

Case No.                                                    CLASS ACTION COMPLAINT

bad and possibly be stranded in the middle of the road again. When picking up my vehicle after the seconds repair, I was told that my timing cover was leaking oil and that was repaired as well. When asked how that happened, the service center told me it was a factory malfunction. The first incident where Cylinder 2 went bad was on 12/27/2023 at 13,143 miles The second incident where Cylinder 3 went bad as well as the leaking timing cover was on 12/2/2024 at 25,890 miles"

- NHTSA Complaint No. 11632972, December 29, 2024 (2022 Hyundai Santa Fe): "Three fuel injectors out of four have failed in a year's time frame. Car shakes, stalls, hesitates, and is dangerous to drive. Waiting for fourth injector to fail."

- NHTSA Complaint No. 11636151, January 15, 2025 (2022 Hyundai Tucson): "My 2022 Tucson's fuel injectors for the first cylinders have failed, creating a misfires in cylinder one."

- NHTSA Complaint No. 11636123, January 15, 2025 (2022 Hyundai Tucson): "Fuel injectors failed while driving on parkway. Car lost power(would not go over 25mph) without notice. Not fun driving at 60mph then abrutly go to 25mph on left lane cars behind me nearly hit my car and could have caused a major pileup.There was no warning prior to losing power and check engine lights came on maybe 2 minutes later. Was able to get to right lane and exit parkway to a secure location to have car towed to dealership. Dealership replaced the fuel injectors."

- NHTSA Complaint No. 11640101, January 17, 2025 (2023 Hyundai Sonata): "I was driving into work on a major road (about 45 mph) when my 2023 Hyundai Sonata stopped accelerating and my engine gave out. Initially I thought I was accidentally pressing on my break pedal but when I realized I wasn't pressing the break, I had just enough time to turn on my hazards and get out of traffic and onto the shoulder of the road. I was stuck between a main exit and the major road. My battery, oil, and engine lights came on (no service lights had been on prior to this incident) and my car was just very slowly rolling before it automatically engaged my parking break - which makes me fearful of what would have happened if I had still been in busy traffic. I could gotten very badly rear-ended. My car only has just over 5600 miles and I never had any issues with it before and kept up with the general maintenance. I attempted to restart my car to no avail and about 30 minutes later I was able to restart my car but there was a very strong vapor smell in the cabin of my car. I got my car towed to a dealership and was informed

Case No.                                                                          CLASS ACTION COMPLAINT

one of my fuel injectors was misfiring/gone bad - similar to many other incidents on this site. I asked the dealership if they were able to view the state of my other fuel injectors and was told they were unable to do that, so I am unsure if other fuel injectors will go bad in the future."

- NHTSA Complaint No. 11637187, January 20, 2025 (2022 Hyundai Tucson): "Car was driving fine. Started sputtering and died, unable to restart. No prior warning injectors will fail. Known fuel injector problem with model years found and replaced. Hyundai Tsb 25-fl-001h used."

- NHTSA Complaint No. 11637522, January 21, 2025 (2022 Hyundai Tucson): "Lost acceleration while driving on the freeway and car started shaking with Check Engine light on. Took the car to the dealer for diagnostic and was informed that #4 injector failed causing the engine to misfire. This was the 3rd fuel injector failing in 5 months. Per my service advisor, Hyundai released an updated TSB (25-FL-001H) in January 2025 with a 4 new fuel injector replacement kit. Unfortunately, this injector kit was so new that I had to drive a service rental car for a week waiting for the kit to arrive. Let's see if these new fuel injectors will last longer than the old ones."

- NHTSA Complaint No. 11639276, January 29, 2025 (2022 Hyundai Tucson): "While driving on the highway, I attempted to accelerate up to 70 mph and the check engine light came on and the front end of the car started shaking. Had to pull over and restart the car to continue safely. This has happened four separate times at different mileage variables and each time they replace 2-3 of my fuel injectors with no explanation as to what is causing them to constantly blow. They never make it even 1000 miles before at least one goes out again. My vehicle is approaching 52,000 miles and has been serviced four times for this since December 2023. This needs to be a vehicle recall as the warranty will not pay for this forever and the underlying cause of the problem is not being addressed by Hyundai."

- NHTSA Complaint No. 11640101, February 1, 2025 (2022 Hyundai Santa Fe): "3rd time having the same engine issue where the fuel injector keeps going out. Once in February then again in April now again in Jan. The car shakes violently and unsafe to drive even when at a standstill."

- NHTSA Complaint No. 11642625, February 13, 2025 (2023 Hyundai Tucson): "I am on my 3rd fuel injector repair in less than 2 years. asked if they could replace them all and was told they can only replace what is broken. My car was purchased brand new and still under warranty . each

Case No.                                                        CLASS ACTION COMPLAINT

time the car was towed to 3 different dealers, i have not received a loaner or a rental car voucher. I have been without my car for upwards of over a week. So what exactly is the warranty good for? I have a friend who has a 2106 acura ilx and to this day when it needs to be repaired, he gets a loaner and they pick the car up from his home. This is so disappointing to have purchased a 2023 car in Dec of 2022 with 13 miles on it and have had it in the shop 3 times as of Feb 2025"

- NHTSA Complaint No. 11642750, February 14, 2025 (2022 Hyundai Tucson): "2022 to hyundai tuscon now with the third cylinder misfire due to faulty fuel injector. This can be inspected upon request. Upon second occurrence, requested all cylinders be replaced and advised could not do this under warranty. Second filing to NHTSA. This incident put myself and other drivers at risk. I was driving on a highway and the cylinder misfire occurred resulting in check engine light and vehicle going into limp mode and inability to drive more than 30-40 mph. The entire vehicle violently shakes and loses power with this misfire. In the previous occurrences , could not accelerate beyond 20 mph. I could have been rear ended or caused a serious accident on the highway as a result of Hyundai faulty fuel injectors and cylinder misfires. My vehicle has now been seen 3x for the same issue and replaced by dealer. There were no warning signs prior to the failure of the fuel injector resulting in cylinder misfire and loss of power and inability to accelerate. This is a very dangerous faulty component of this year make and model- it is a known issue. Still no recall. I have a "new" car that puts me in danger every 4-6 months when I lose power in my vehicle with no warning or cause except from faulty parts. This faulty part is going to cause serious injuries/accidents if it is not addressed."

- NHTSA Complaint No. 11643323, February 18, 2025 (2021 Hyundai Sonata): "Fuel injector failure. Sudden loss of engine power creates a major safety issue when traveling at speed on highways or especially busy interstate highways. Vehicle was towed to dealer and repaired under warranty promptly. This is a known issue with this and other Hyundai models and all four fuel injectors should be replaced. At present, Hyundai only authorizes one be replaced at a time as they malfunction."

- NHTSA Complaint No. 11645560, February 28, 2025 (2022 Hyundai Santa Cruz): "On the interstate mid-route, the engine light went on and the car started acting sluggish and slightly shaking on the interstate and would not respond to pressing the gas to accelerate and started to slow down. When I pulled over to the berm it was vibrating as if it was going to stall out. I turned

the car off and returned to the interstate with no issues for the rest of my ride (the engine light remained on). On the next trip to the dealership for an appointment to have it checked, I was merging onto the interstate, and again, the car was not responding to me putting on the gas and would not accelerate. Could not push the car over 35MPG, and had to ride to the dealership with the car varying in speed anywhere from almost a complete stop to 30MPH on the berm where I could with flashers, often it felt as if it would stall out. It was a very dangerous & unsafe ride. FYI - The dealership replaced all 4 fuel injectors to fix"

- NHTSA Complaint No. 11645969, March 3, 2025 (2021 Hyundai Sonata): "The contact owns a 2021 Hyundai Sonata. The contact stated while pulling out of a parking lot, the vehicle failed to accelerate as intended and started shaking abnormally. The check engine warning light was illuminated. The vehicle was taken to the residence. The vehicle was towed to an independent mechanic where it was diagnosed that the fuel injector needed to be replaced. The vehicle was towed to a dealer where it was diagnosed that all four fuel injectors needed to be replaced. The vehicle was repaired. The manufacturer was not notified of the failure. The failure mileage was 47,000."

- NHTSA Complaint No. 11646083, March 3, 2025 (2022 Hyundai Tucson): "Fuel injectors failed. I was left on the side of a rural road for 2.5 hours waiting on a tow truck. No warning lights came on until my car was dead. I was told the injectors (4 of them) had failed by the dealership service center. This vehicle is still under warranty."

- NHTSA Complaint No. 11646179, March 4, 2025 (2022 Hyundai Tucson): "1-- Fuel injector failed 11/2023 one month to replace it, 2-- Fuel injector failed 3/2025 in dealer, 3-- Fuel door does not open, replaced by dealer 3/2025"

- NHTSA Complaint No. 11649986, March 23, 2025 (2022 Hyundai Tucson): "Vehicle began shaking upon starting and was not accelerating properly. Engine light came on and a warning appeared on the LED screen to take care to dealer immediately. Upon inspection by the dealer, the problem was determined to be a faulty fuel injector (on Thursday 3/20). The part is NOT kept in stock at the dealer and was ordered from the warehouse for delivery the next day (Friday 3/21). I should have had the car repaired and returned to me by end of day 3/21 or next day, Saturday 3/22. I called after not receiving an update on Friday and was told the part is on BACKORDER. When the problem was diagnosed on 3/20, at the Hyundai dealer service

63

department, the employee in the service department admitted that this was a common problem with the Tuscon and that no recall had been issued. He also said that the car is NOT DRIVABLE until the issue is fixed. A quick Google search showed that is very much a serious and common issue. I also appears that once one goes out, the rest will start to need to be replaced and are being done AS THEY BREAK, rather than replacing them all and/or fixing what is causing them to be faulty. I was told they have no idea when the parts will be ready. It clearly is a common problem if they do not have the parts readily available to fix my vehicle. In addition, he added it may take up to several weeks. The car just turned 3 years old and has 34,000 miles on it. I have NEVER had such a bad issue with any new care I have owned. There was absolutely no indication anything was wrong on prior drives before starting up the car. I had just driven it 260 miles to my daughter's college and back. Thank goodness it didn't happen on the busy highway or on one of the country roads in the middle of cornfields. The dealer service employee said the broken part would be "sent for inspection" once they have it off and a new part available."

- NHTSA Complaint No. 11650923, March 26, 2025 (2022 Hyundai Tucson): "The fuel injectors are bad. When the first fuel injector failed, the Hyundai mechanic stated that the remainder of fuel injectors would also fail but they could not proactively replace them. Two fuel injectors have failed in the matter of 6 months and it's expected the last two will follow suit."

- NHTSA Complaint No. 11650857, March 26, 2025 (2022 Hyundai Tucson): "Fuel injectors failed. It's been 3 weeks and it hasn't been fixed yet. It is still under warranty. But it's been 3 weeks"

- NHTSA Complaint No. 11650679, April 22, 2025 (2023 Hyundai Tucson): "This is the SECOND time the vehicle has lost power and either had the engine die or stopped producing enough power to drive safely. The first time, the engine lost power to the put of not being able to maintain speed on a very busy highway during rush hour, forcing me to pull to the nearest side (left side of road) that had a narrow shoulder next to fastest vehicles. The most recent event (3/25/2025) took place in a parking lot. Engine was VERY rough at idle and when placed in reverse, it died. Could not restart for ~10 minutes, after which time the problem persisted. In both instances a tow truck had to take vehicle to dealership. In both cases the dealer indicated it was the fuel injectors causing the issues. No check engines lights or other dashboard light came on except for an indication to start the vehicle in Neutral. I used the companies app for the vehicle and no error codes came

up. This issue resulted in no damage to persons or property, but could have if I wasn't next to shoulder in the first incident."

- NHTSA Complaint No. 11651150, March 27, 2025 (2022 Hyundai Tucson): "September 15, 2024 while driving with cruise control set at 65mpg, the 2022 Hyundai Tucson began shaking and experienced an abrupt loss of power. I released the cruise control, and the vehicle wouldn't accelerate over 45 mph without shaking severely. September 16, 2024 car was inspected by a dealership and determined it was the 4th cylinder fuel injector; mileage on the vehicle was 45,314. Repairs were made per a TSB P030X. January 27, 2025, while driving with cruise control at 60mph, the same thing happened again. Managed to get the car to another dealership, only to find out all 4 fuel injectors needed to be replaced; this time with a TSB 25-FL-001H kit; mileage was 50181. Approximately March 11, 2025 car started the same issue, only this time there was no abrupt shaking or loss of power, however very strong smell of fumes. I refused to park the car in my garage, and immediately called Hyundai USA with all of this information from the start of these issues until current. The car was then taken to another dealership with mileage at 51332, only a difference of 1151 miles since last issue. This time all of the fuel injector seals are melted. Hyundai USA refuses to do anything about it. It was verified with the service technician this last time, that raw fuel was leaking onto the hot engine and could have resulted in the car catching on fire. The first two times this happened, I was out of state while being broken down."

- NHTSA Complaint No. 11652594, April 3, 2025 (2022 Hyundai Tucson): "While driving in Dallas the engine seemed to have problems. We ended up pulling over and having the vehicle towed to a Hyundai dealer in Arlington TX where we live because we were concerned the vehicle was unsafe to drive and could stall out on a freeway. The dealer informed us they needed to replace the fuel injectors at a cost of approximately $1800. The vehicle has approx 60,000 miles and we also purchased an extended warranty. Apparently no warranties cover this issue according to the dealer. It seems Hyundai should take some responsibility for this defect which could be potentially dangerous when driving the vehicle with these known issues."

- NHTSA Complaint No. 11653899, April 10, 2025 (2022 Hyundai Tucson): "August 26, 2024, (and again on 4/10/2025...I will file that complaint separately) I experienced very rough engine performance and I could not throttle or go faster than 20 mph without the engine seriously rattling. In August under warranty a fuel injector was replaced, and now again in April

2025 the same problem again. Twice I was on a major highway but was luck to be able to get off so as not to cause an accident."

- NHTSA Complaint No. 11655517, April 18, 2025 (2022 Hyundai Santa Cruz): "On multiple occasions the car had trouble starting and while on the road it would idle like it was struggling. My concern was the car dying on me while on the road and causing an accident for myself and the other drivers or pedestrians. The manufacturer hasn't inspected it nor has it been confirmed by the dealer. I haven't had any warning and they first started to appear in the beginning of 2024. I just recently read the fuel injectors are the cause of this and so far there has not been any recall by the manufacturer"

- NHTSA Complaint No. 11655624, April 19, 2025 (2022 Hyundai Tucson): "In December 2024, the engine lost power while driving. We were able to pull over on a busy road, where we were blocking traffic on a curve. We had it towed to the dealership. There was no warning or light indicating any problem. Thankfully we were not on the freeway when this occurred. The Hyundai app said that all systems in the vehicle were normal. The fuel injector was replaced by Hyundai. Now, 4 months later, the check engine light came on. I took it to the dealership, and another fuel injector needed to be replaced. The service manager stated that he requested that all of the fuel injectors be replaced because this is a known issue, but Hyundai denied the request, so they only replaced one fuel injector. I am expecting this to happen again, and I am especially worried that the vehicle could lose power while driving on the freeway. Please note that this vehicle was purchased new, and I have had all the scheduled maintenance performed at the Hyundai dealership."

- NHTSA Complaint No. 11656056, April 22, 2025 (2022 Hyundai Tucson): "My 2022 Hyundai Tuscon is in the shop for a SECOND time due to a bad fuel injector. The first time was 4 months ago. My vehicle's check engine light went on and it went into "limp mode" on a major roadway. (I take all major highways to work.) A vehicle going into "limp mode" on a highway is super dangerous. My check engine light went on once again, and I brought it into the dealership service center. I left it there for 36 hours, only to learn that they did not have the parts on site to do the repairs. I have to bring it BACK for another 24-36 hours for the repair to be completed on a SECOND bad fuel injector. How Hyundai hasn't issued a recall for the fuel injectors yet is appalling."

Case No.                                                                    CLASS ACTION COMPLAINT

- NHTSA Complaint No. 11656127, April 22, 2025 (2023 Hyundai Tucson): "FUEL INJECTORS FAILED AT 18523 MILES. Replaced both low and high injector on this cylinder 3 and then continued performance issues. Replaced all low injectors in Al 4 cylinders but did not replace higher injectors Stranded on Sunday on highway with no rental cars open except airport."

- NHTSA Complaint No. 11656192, April 22, 2025 (2022 Hyundai Santa Fe): "Ever since new this suv will periodically hesitate when trying to accelerate. I have almost been rearended numerous times over the last few years do to this issue. I have had the SUV into the dealer and complained about this issue every time and they cannot seem to do anything about the issue. The have update software (or at least said they have) and done other things and it has made NO difference. This issue almost caused a serious accident just this week when I was trying to merge into traffic on I5."

- NHTSA Complaint No. 11656895, April 25, 2025 (2021 Hyundai Sonata): "Air flow check engine light alerted and source was faulty fuel injector which required replacement of 4 fuel injectors."

- NHTSA Complaint No. 11659099, May 5, 2025 (2023 Hyundai Tucson): "Driving on the highway when my car stopped accelerating when pressing down on the gas pedal. It was very risky to be driving on the highway without the ability to accelerate so we put our hazard lights on while we got out the highway ay the nearest exit and parked the car in a nearby parking lot. We were stranded about 100 miles away from home and had to have the car towed back home. Dealership confirmed that it was the fuel injector that was the issue and has been a known common issue for this type of vehicle."

- NHTSA Complaint No. 11656895, May 7, 2025 (2022 Hyundai Tucson): "Fuel injectors fail at 26K miles"

49.     Although Hyundai was aware of the widespread nature of the Fuel Injector Defect in the Class Vehicles, Hyundai has failed to take adequate steps to provide Class Vehicles' owners relief.

50.     Hyundai has deprived Class Members of the benefit of their bargain and has caused them to expend money at its dealerships or other third-party repair

Case No.                                                                CLASS ACTION COMPLAINT

facilities and/or take other remedial measures related to the Fuel Injector Defect contained in the Class Vehicles.

51.    Hyundai has not offered Class Vehicle owners compensation for the diminished value of the vehicles at the time of sale due to the defect and unacceptably high risk of being involved in a collision.

52.    Class Members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

53.    As a result of the Fuel Injector Defect, the value of the Class Vehicles has diminished, including without limitation, the resale value of the Class Vehicles. Reasonable consumers, like Plaintiffs, expect and assume that a vehicle's engine is not defective and will not stall while driving.  They expect that they can safely drive their vehicles on public streets and highways.  Plaintiffs and Class Members further expect and assume that Hyundai will not sell or lease vehicles with known safety defects, such as the Fuel Injector Defect, and will fully disclose any such defect to consumers prior to purchase or offer a suitable non-defective repair.  They do not expect that Hyundai would fail to disclose the Fuel Injector Defect to them and then refuse to remedy the defect under Hyundai's warranty within a reasonable period of time.

## CLASS ACTION ALLEGATIONS

### A.  The Class

54.    Plaintiffs bring this action on their own behalf, and on behalf of the following class pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and/or 23(b)(3):

68

**Texas Class:** All persons or entities who purchased or leased any 2021-2022 Hyundai Santa Fe, 2021-2023 Hyundai Sonata, 2022 Hyundai Santa Cruz, 2021-2023 Hyundai Tucson vehicles all equipped with non-turbocharged 2.5L engines in the State of Texas (the "Texas Class")

55.     Hyundai and its employees or agents are excluded from the Class.

### B. Numerosity

56.     Upon information and belief, the Class is so numerous that joinder of all members is impracticable. While the exact number and identities of individual members of the Class are unknown at this time, such information being in the sole possession of Defendant and obtainable by Plaintiffs only through the discovery process, Plaintiffs believe, and on that basis allege, that thousands of Class Vehicles have been sold and leased throughout Texas.

### C. Common Questions of Law and Fact

57.     There are questions of law and fact common to the Class that predominate over any questions affecting only individual Class members. These questions include:

a.     whether the Class Vehicles suffer from the Fuel Injector Defect;

b.     whether the Fuel Injector Defect constitutes an unreasonable safety hazard;

c.     whether Defendant knows about the Fuel Injector Defect and, if so, how long Defendant has known of the Defect;

d.     whether the defective nature of the Class Vehicles' fuel injectors constitutes a material defect;

e.    whether Defendant had and has a duty to disclose the defective nature of the Class Vehicles' fuel injectors to Plaintiffs and the other Class Members;

f.    whether Defendant knew or reasonably should have known of the Fuel Injector Defect contained in the Class Vehicles before they sold or leased them to Class Members; and

g.    Whether Defendant breached its express warranty and the implied warranty of merchantability.

### D.    **Typicality**

58.    The Plaintiffs' claims are typical of the claims of the Class since Plaintiffs purchased one of the defective Class Vehicles, as did each member of the Class.  Furthermore, Plaintiffs and all members of the Class sustained economic injuries arising out of Defendant's wrongful conduct.  Plaintiffs are advancing the same claims and legal theories on behalf of themselves and all absent Class members.

### E.    **Protecting the Interests of the Class Members**

59.    Plaintiffs will fairly and adequately protect the interests of the Class and have retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither Plaintiffs nor their counsel have any interest which might cause them not to vigorously pursue this action.

Case No.                                                      CLASS ACTION COMPLAINT

### F.  <u>Proceeding Via Class Action is Superior and Advisable</u>

60.    A class action is the superior method for the fair and efficient adjudication of this controversy.  The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendant's conduct.  It would be virtually impossible for members of the Class individually to effectively redress the wrongs done to them.  Even if the members of the Class could afford such individual litigation, the court system could not.  Individualized litigation presents a potential for inconsistent or contradictory judgments.  Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case.  By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court.  Upon information and belief, members of the Class can be readily identified and notified based on, *inter alia*, Defendant's vehicle identification numbers, warranty claims, registration records, and database of complaints.

61.    Defendant has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

Case No.                                                                          CLASS ACTION COMPLAINT

# **FIRST CAUSE OF ACTION**

**Fraudulent Concealment**
**(On behalf of Plaintiffs and the Class)**

62.     Plaintiffs incorporate by reference all allegations contained in this Complaint as though fully stated herein.

63.     By affirmatively misrepresenting that the Class Vehicles are safe, and by failing to disclose and concealing the defective nature of the Class Vehicles' engines from Plaintiffs and Class Members, Hyundai concealed and suppressed material facts concerning the performance and quality of the Class Vehicles.

64.     Defendant knew that the Class Vehicles' engines suffered from an inherent defect, were defectively manufactured or made, would fail prematurely, and were not suitable for their intended use.

65.     Defendant was under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles' engines and/or the associated repair costs because:

a.      Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' engines;

b.      Defendant knew that the Class Vehicles engines suffered from an inherent defect, were defectively manufactured, and were not suitable for their intended use;

Case No.                                                                CLASS ACTION COMPLAINT

c.    Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that engines in their vehicles have a dangerous safety defect until after they purchased the Class Vehicles; and,

d.    Defendant knew that Plaintiffs and the Class Members could not reasonably have been expected to learn about or discover the Fuel Injector Defect.

66.    On information and belief, Hyundai still has not made full and adequate disclosures and continues to defraud consumers by concealing material information regarding the Fuel Injector Defect and the performance and quality of Class Vehicles.

67.    The facts concealed or not disclosed by Defendant to Plaintiffs and Class Members are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Class Vehicles.

68.    Plaintiffs and Class Members relied on Defendant to disclose material information it knew, such as the defective nature of the engines in the Class Vehicles, and not to induce them into a transaction they would not have entered had the Defendant disclosed this information.

69.    By failing to disclose the Fuel Injector Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

Case No.                                                    CLASS ACTION COMPLAINT

70.    The facts concealed or not disclosed by Defendant to Plaintiffs and the other Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them.

71.    Had Plaintiffs and other Class Members known that the Class Vehicles suffer from the Fuel Injector Defect, they would not have purchased the Class Vehicles or would have paid less for them.

72.    Plaintiffs and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from the Fuel Injector Defect.  That is the reasonable and objective consumer expectation for vehicles.

73.    As a result of Defendant's misconduct, Plaintiffs and the other Class Members have been harmed and have suffered actual and economic damages in that the Class Vehicles are defective and require repairs or replacement parts and are worth less money because of the Defect.

74.    Accordingly, Hyundai is liable to Plaintiffs and Class Members for damages in an amount to be proven at trial.

75.    Hyundai's actions and omissions were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of Plaintiffs' and the Class's rights and well-being, to enrich Hyundai.  Hyundai's conduct warrants an

Case No.                                                                    CLASS ACTION COMPLAINT

assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

76.    Furthermore, as the intended and expected result of its fraud and conscious wrongdoing, Hyundai has profited and benefited from Plaintiffs' and Class Members' purchase of Class Vehicles containing the Fuel Injector Defect. Hyundai has voluntarily accepted and retained these profits and benefits with full knowledge and awareness that, as a result of Hyundai's misconduct alleged herein, Plaintiffs and Class Members were not receiving vehicles of the quality, nature, fitness, or value that had been represented by Hyundai, and that a reasonable consumer would expect.

77.    Hyundai has been unjustly enriched by its fraudulent, deceptive, and otherwise unlawful conduct in connection with the sale and lease of Class Vehicles and by withholding benefits from Plaintiffs and Class Members at the expense of these parties. Equity and good conscience militate against permitting Hyundai to retain these profits and benefits, and Hyundai should be required to make restitution of its ill-gotten gains resulting from the conduct alleged herein.

78.    Plaintiffs seek damages and injunctive and equitable relief for themselves and for the Class.

## SECOND CAUSE OF ACTION

### Unjust Enrichment
### (On behalf of Plaintiffs and the Class)

79.    Plaintiffs incorporate by reference all allegations contained in this

Case No.                                                    CLASS ACTION COMPLAINT

Complaint as though fully stated herein.

80.    By affirmatively misrepresenting the Class Vehicles are safe, and by failing to disclose and concealing the defective nature of the Class Vehicles' engines from Plaintiffs and Class Members, Hyundai obtained monies which rightfully belong to Plaintiffs and the Class Members to the detriment of Plaintiffs and Class Members.

81.    Hyundai appreciated, accepted, and retained the non-gratuitous benefits conferred by Plaintiffs and the proposed Class Members who, without knowledge of the Fuel Injector Defect, paid a higher price for their vehicles which actually had lower values.  Hyundai also received monies for vehicles that Plaintiffs and the Class Members would not have otherwise purchased or leased.

82.    It would be inequitable and unjust for Hyundai to retain these wrongfully obtained profits.

83.    Hyundai's retention of these wrongfully obtained profits would violate the fundamental principles of justice, equity, and good conscience.

84.    As a result of Defendant's unjust enrichment, Plaintiffs and Class Members have suffered damages.

85.    Plaintiffs do not seek restitution under their Unjust Enrichment claim. Rather, Plaintiffs and Class Members seek non-restitutionary disgorgement of the financial profits that Defendant obtained as a result of its unjust conduct.

86.    Additionally, Plaintiffs seek injunctive relief, enjoining Defendant from

76

further distribution, sales, and lease practices with respect to Class Vehicles; enjoining Defendant from selling the Class Vehicles with the misleading information; compelling Defendant to provide Class Members with replacement components that do not contain the defects alleged herein; and/or compelling Defendant to reform its warranty, in a manner deemed to be appropriate by the Court, to cover the injury alleged and to notify all Class Members that such warranty has been reformed. Money damages are not an adequate remedy for the above requested non-monetary injunctive relief.

## THIRD CAUSE OF ACTION
### Breach of the Implied Warranty of Merchantability Pursuant to the Tex. Bus. & Com. Code § 2.314
### (On behalf of Plaintiffs and the Class)

87.    Plaintiffs incorporate by reference all allegations contained in this Complaint as though fully stated herein.

88.    Defendant is a merchant with respect to motor vehicles.

89.    The Class Vehicles were subject to implied warranties of merchantability running from the Defendant to Plaintiffs and Class Members.

90.    An implied warranty that the Class Vehicles were merchantable arose by operation of law as part of the sale or lease of Class Vehicles.

91.    Defendant breached the implied warranty of merchantability in that the Class Vehicles suffer from the Fuel Injector Defect referenced herein and thus were not in merchantable condition when Plaintiffs and Class Members purchased or leased

Case No.                                          CLASS ACTION COMPLAINT

the Class Vehicles, or at any time thereafter, and Class Vehicles are unfit for the ordinary purposes for which such vehicles were purchased or leased to be used. Specifically, the Class Vehicles' engines contain one or more defects with their fuel injectors, causing them to leak and the engine to misfire while running, which results in a sudden loss of engine power, reduced acceleration, or complete stalling of the vehicle, thereby significantly increasing the risk of a crash and posing a serious safety hazard to vehicle occupants and others on the road.

92.    As a result of Defendant's breach of the applicable implied warranties, owners and lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles.  Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

### FOURTH CAUSE OF ACTION
**Breach of Express Warranty under Tex. Bus. & Com. Code Ann. § 2.313 (On behalf of Plaintiffs and the Class)**

93.    Plaintiffs incorporate by reference all allegations contained in this Complaint as though fully stated herein.

94.    In connection with the sale or lease of the Class Vehicles, Defendant provided Plaintiffs and Class Members with its New Vehicle Limited Warranty where it promised to repair defective parts within 5 years or 60,000 miles in service, whichever comes first.

78

95.     Plaintiffs and Class Members relied on Defendant's warranty when they agreed to purchase or lease the Class Vehicles, and Defendant's warranty was part of the basis of the bargain.

96.     Plaintiffs and Class Members submitted their Vehicles for warranty repairs as referenced herein.  Defendant failed to comply with the terms of the express written warranty provided to each Class Member, by failing to repair the Fuel Injector Defect under the vehicle's warranty within a reasonable period of time as described herein.

97.     Plaintiffs and Class Members have given Defendant reasonable opportunity to cure said defect, but Defendant has been unable and/or has refused to do so within a reasonable time.

98.     As a result of said nonconformities, Plaintiffs and Class Members cannot reasonably rely on the Class Vehicles for the ordinary purpose of safe, reliable, comfortable, and efficient transportation.

99.     Plaintiffs and Class Members could not reasonably have discovered said nonconformities with the Class Vehicles prior to Plaintiffs' and Class Members' acceptance of the Class Vehicles.

100.   Plaintiffs and Class Members would not have purchased or leased the Class Vehicles, or would have paid less for the Class Vehicles, had they known, prior

Case No.                                                                 CLASS ACTION COMPLAINT

to their respective time of purchase or lease, that Class Vehicles contained the Fuel Injector Defect.

101.   As a direct and proximate result of the willful failure of Defendant to comply with its obligations under the express warranty, Plaintiffs and Class Members have suffered actual and consequential damages.  Such damages include, but are not limited to, the loss of the use and enjoyment of their vehicles, and a diminution in the value of the vehicles containing the defects identified herein.

**FIFTH CAUSE OF ACTION**
**Violation of the Texas Deceptive Practices Act,**
**Tex. Bus. & Com. Code § 17.41, *et seq.***
**(On behalf of Plaintiffs and the Class)**

102.   Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

103.   Plaintiffs and Class Members are each "consumers" under Tex. Bus. & Com. Code § 17.45(4) because they sought or acquired their vehicle by purchase.

104.   Plaintiffs' vehicle and the Class Vehicles are "goods" under Tex. Bus. & Com. Code § 17.45(1) because they are tangible chattel that were purchased or leased for use.

105.   Defendant is a "person" under Tex. Bus. & Com. Code § 17.45(3) because it is a corporation.

106.   At all relevant times, Defendant has engaged in "Trade" and "Commerce" as defined by Tex. Bus. & Com. Code § 17.45(6) by advertising,

offering for sale, selling, leasing, and/or distributing vehicles in the United States, including Texas, directly or indirectly affecting Texas citizens through that trade and commerce.

107.    Texas's Deceptive Trade Practices Act ("DTPA"), Tex. Bus. & Com. Code § 17.41, *et seq.* prohibits and declares unlawful false, misleading, or deceptive business practices in the conduct of any trade or commerce.

108.    The allegations set forth herein constitute false, misleading, or deceptive trade acts or practices in violation of Texas's Deceptive Trade Practices-Consumer Protection Act ("DTPA"), Tex. Bus. & Com. Code § 17.41, *et seq.*

109.    By failing to disclose and concealing the defective nature of the Class Vehicles' engines from Plaintiffs and class members, Defendant violated the Texas Deceptive Practices Act, as it represented that the Class Vehicles had characteristics and benefits that they do not have, represented that the Class Vehicles were of a particular standard, quality, or grade when they were of another, and advertised the Class Vehicles with the intent not to sell them as advertised.

110.    In addition, Tex. Bus. & Com. Code § 17.50(a)(2) provides that a "consumer may maintain an action where any of the following constitute a producing cause of economic damages or damages for mental anguish: . . . (2) breach of an express or implied warranty." Defendant additionally violated the DTPA by breaching its express and implied warranties.

Case No.    CLASS ACTION COMPLAINT

111.    Defendant's failure to disclose the Defect and its breach of the express warranty and implied warranty of merchantability set forth above was a producing cause of economic damages sustained by Plaintiffs and Class Members.

112.    The Class Vehicles' Fuel Injector Defect poses an unreasonable safety risk to consumers and other members of the public with whom they share the road, because the Class Vehicles' engines contain one or more defects with their fuel injectors, causing them to leak and the engine to misfire while running, which results in a sudden loss of engine power, reduced acceleration, or complete stalling of the vehicle, thereby significantly increasing the risk of a crash and posing a serious safety hazard to vehicle occupants and others on the road.

113.    As a result of Defendant's acts, Plaintiffs and Class Members have suffered damages in that they are left with vehicles of diminished value and utility because of the Fuel Injector Defect, which continues to pose a serious safety risk.

114.    Moreover, Defendant's sale and lease of the defective Class Vehicles and failure to repair the Fuel Injector Defect constitutes an "unconscionable action or course of action" under Tex. Bus. & Com. Code § 17.45(5) because, to the detriment of Plaintiffs and Class Members, that conduct took advantage of Plaintiffs' and Class Members' lack of knowledge, ability, and experience to a grossly unfair degree.  That "unconscionable action or course of action" was a producing cause of the economic damages sustained by Plaintiffs and Class Members.

Case No.                                                          CLASS ACTION COMPLAINT

115.   Plaintiffs and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from a Fuel Injector Defect, which is the reasonable and objective consumer expectation for vehicles.

116.   As a result of Defendant's misconduct, Plaintiffs and Class Members have been harmed and have suffered actual and economic damages in that the Class Vehicles are defective and require repairs or replacement and are worth less money because of the Fuel Injector Defect.

117.   Plaintiffs have provided adequate written pre-suit notice to Defendant.

## **DEMAND FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, pray for judgment against Defendant as follows:

     a.  An order certifying the proposed Class, designating Plaintiffs as named representatives of the Texas Class, and designating the undersigned as Class Counsel;

     b.  An order awarding Plaintiffs and Class Members their actual damages, incidental and consequential damages, punitive damages, and/or other form of monetary relief provided by law;

     c.  An order awarding Plaintiffs and the Class restitution, disgorgement, or other equitable relief as the Court deems proper;

Case No.                                                          CLASS ACTION COMPLAINT

d. Equitable relief including, but not limited to, replacement of the Class Vehicles with new vehicles, or repair of the defective Class Vehicles with an extension of the express warranties and service contracts which are or were applicable to the Class Vehicles;

e. Reasonable attorneys' fees and costs;

f. Pre-judgment and post-judgment interest, as provided by law;

g. Plaintiffs demand that Defendant repair all Class Vehicles; and

h. Such other and further relief as this Court deems just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED: May 21, 2025

By: _/s/  Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
*Attorneys for Plaintiffs*

84

Case No.                                                    CLASS ACTION COMPLAINT